Dale K. Galipo, Esq. (Bar No. 144074)
dalekgalipo@yahoo.com
Renee V. Masongsong, Esq. (Bar No. 281819)
rvalentine@galipolaw.com
LAW OFFICES OF DALE K. GALIPO
21800 Burbank Blvd., Suite 310
Woodland Hills, CA 91367
Tel: (818) 347-3333 / Fax: (818) 347-4118

Sharon J. Brunner, Esq. (Bar No. 229931)
sharonjbrunner@yahoo.com
LAW OFFICE OF SHARON J. BRUNNER
14393 Park Ave., Suite 100
Victorville, CA 92392
Tel: (760) 243-9997 / Fax: (760) 843-8155

James S. Terrell, Esq. (Bar No. 170409)
LAW OFFICE OF JAMES TERRELL
jim@talktoterrell.com
15411 Anacapa Rd.
Victorville, CA 92392
Tel: (760) 951-5850 / Fax: (760) 952-1085

Attorneys for Plaintiff, Todderick Randall

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TODDERICK RANDALL, individually,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF SAN BERNARDINO; CORRIN CASSIDY; CAMERON STANLEY and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 5:24-cv-00086-SSS (SPx)<br><br>*Assigned to*:<br>Hon. District Judge Sunshine S. Sykes<br>Hon. Magistrate Judge Sheri Pym<br><br>**PROOF OF SERVICE OF SUMMONS AND COMPLAINT ON DEFENDANTS: COUNTY OF SAN BERNARDINO, CORRIN CASSIDY, AND CAMERON STANLEY** |

**TO THIS HONORABLE COURT:**

In accordance with Rule 4(l)(1) of the Federal Rules of Civil Procedure and Central District Local Rule 5-3.1, Plaintiffs hereby submit their proof of service of the summons, complaint, and other documents on Defendants County of San Bernardino, Corrin Cassidy, and Cameron Stanley, attached hereto as Exhibits "A"-"C", respectively.

DATED: April 1, 2024				LAW OFFICES OF DALE K. GALIPO

						By:	 s/ Renee V. Masongsong 
							Dale K. Galipo
							Renee V. Masongsong
							*Attorneys for Plaintiffs*