# EXHIBIT A

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address)<br>Dale Galipo SBN 144074<br>Law Offices of Dale K. Galipo<br>21800 Burbank Blvd 310<br>Woodland Hills, CA 91367<br>ATTORNEY FOR   Plaintiff | TELEPHONE NUMBER<br>(818) 347-3333 | FOR COURT USE ONLY |
|---|---|---|
| CENTRAL DISTRICT, RIVERSIDE<br>3470 Twelfth St.<br>Riverside, CA 92501 | | |
| SHORT TITLE OF CASE:<br>Randall, Todderick v. County of San Bernardino | | |
| DATE:        TIME:        DEP./DIV. | | CASE NUMBER:<br>5:24-cv-00086-SSS-SPx |
| **Declaration of Service** | | Ref. No. or File No:<br>Randall v. COSB |

United States District Court

I certify that I am authorized to serve the Summons and Complaint in the within action pursuant to F.R.Civ.P 4(c) and that I served the:

**Summons in a Civil Action; Complaint; Civil Cover Sheet; Notice of Interested Parties; Notice of Case Assignment; Notice of Court-Directed ADR Program; Notice re Consent to Proceed Before Magistrate Judge; Standing Order of Judge Sykes**

On: **County of San Bernardino** By Serving Lynna Monell, Agent for Service

I served the summons at:

**385 N Arrowhead Ave, Suite 2  San Bernardino, CA 92415**

On: **3/11/2024**           Date:  **04:20 PM**

In the above mentioned action  by substituted service and leaving with

**Alicia Meza   -  Clerk Reception**

A declaration of diligence and/or mailing is attached if applicable

Person attempting service:

  a. Name: **Nick Shows**
  b. Address: **15345 Fairfield Ranch Rd  Suite 200, Chino Hills, CA 91709**
  c. Telephone number: **909-664-9577**
  d. **The fee** for this service was: **84.00**
  e. I am an independent contractor:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of fees is true and correct.

Nick Shows                                         Date: 03/12/2024

Declaration of Service                               Invoice #: 9220608-01

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NUMBER | FOR COURT USE ONLY |
|---|---|---|
| Dale Galipo SBN 144074<br>Law Offices of Dale K. Galipo<br>21800 Burbank Blvd 310<br>Woodland Hills, CA 91367<br>ATTORNEY FOR   Plaintiff | (818) 347-3333 | |
| CENTRAL DISTRICT, RIVERSIDE<br>3470 Twelfth St.<br>Riverside, CA 92501 | | |
| SHORT TITLE OF CASE:<br>Randall, Todderick v. County of San Bernardino | | |
| DATE:        TIME:        DEP./DIV. | | CASE NUMBER:<br>5:24-cv-00086-SSS-SPx |
| **Declaration of Service by Mail** | | Ref. No. or File No:<br>Randall v. COSB |

United States District Court

I, the undersigned, declare under penalty of perjury that I was on the date herein referred to over the age of 21 years and not a party to the within entitled action.

On **03/12/2024**, I served the within:
**Summons in a Civil Action; Complaint; Civil Cover Sheet; Notice of Interested Parties; Notice of Case Assignment; Notice of Court-Directed ADR Program; Notice re Consent to Proceed Before Magistrate Judge; Standing Order of Judge Sykes**

On the defendant, in said action by placing a true copy thereof enclosed in a sealed envelope with postage thereon pre-paid for first class in the United States mail at: **Chino Hills**, California, addressed as follows:

**County of San Bernardino**
**385 N Arrowhead Ave, Suite 2  San Bernardino, CA 92415**

Declarant:

  a. Name: **Tim Perez**
  b. Address: **15345 Fairfield Ranch Rd  Suite 200, Chino Hills, CA 91709**
  c. Telephone number: **909-664-9577**
  d. **The fee** for this service was: **84.00**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of fees is true and correct.



Tim Perez                                          Date: **03/14/2024**

Declaration of Service by Mail                     Invoice #: 9220608-01