Christopher P. Wesierski [Bar No. 086736]
  *cwesierski@wzllp.com*
WESIERSKI & ZUREK LLP
29 Orchard Road
Lake Forest, California 92630
Telephone: (949) 975-1000
Facsimile: (949) 756-0517

Attorneys for Defendants, COUNTY OF SAN BERNARDINO, CORRIN CASSIDY, and CAMERON STANLEY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| TODDERICK RANDALL, individually,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>COUNTY OF SAN BERNARDINO; CORRIN CASSIDY; CAMERON STANLEY and DOES 1-10, inclusive,<br><br>　　　　Defendants. | Case No. 5:24-cv-00086-SSS-SP<br>*Assigned to*:<br>Hon. Sunshine S. Sykes<br><br>**STIPULATION TO MODIFY SCHEDULING ORDER REGARDING DEPOSITION OF PLAINTIFF RANDALL**<br><br>Trial Date:　　None Set |

Defendants, COUNTY OF SAN BERNARDINO, CORRIN CASSIDY, and CAMERON STANLEY, and Plaintiff TODDERICK RANDALL by and through their counsel, submit the following stipulation to modify the scheduling order to allow for the deposition of Plaintiff TODDERICK RANDALL to be taken after the current discovery cut-off date of December 20, 2024. The Parties Stipulate the discovery cut-off date shall be extended to January 20, 2025.

### PERTINENT FACTS

On June 28, 2024, Defendants' counsel served a Notice of Deposition of Plaintiff TODDERICK RANDALL via his counsel for August 1, 2024.

Plaintiff was medically unable to participate in his deposition on that date.

/ / /

---

1

4937-1788-1609.2 SBD-00026

STIPULATION TO MODIFY SCHEDULING ORDER REGARDING DEPOSITION OF PLAINTIFF RANDALL

On December 10, 2024, Defendants' counsel served a Notice of Deposition of Plaintiff TODDERICK RANDALL via his counsel for December 17, 2024. The date was then Amended to December 18, 2024.

Plaintiff was medically unable to participate in his deposition on that date.

Accordingly, Plaintiff's and Defendants' counsel have agreed to extend the discovery cut off to allow the Deposition of Plaintiff TODDERICK RANDALL to occur when he is medically able, and outside the current discovery cut-off date of December 20, 2024 on a mutually agreeable date before January 20, 2025.

## STIPULATION

Based on the foregoing, the Parties stipulate and agree as follows:

The Scheduling Order shall be modified to allow for the Deposition of Plaintiff TODDERICK RANDALL after the current discovery cut-off of December 20, 2024. Both Plaintiff's and Defendants' counsel shall make arrangements for a mutually agreeable time before January 20, 2025 to take Plaintiff TODDERICK RANDALL'S deposition.

DATED: December 26, 2024        WESIERSKI & ZUREK LLP

By: *Christopher P. Wesierski*
CHRISTOPHER P. WESIERSKI
Attorneys for Defendants, COUNTY OF SAN BERNARDINO, CORRIN CASSIDY, and CAMERON STANLEY

1 | DATED: December 26, 2024     LAW OFFICES OF DALE K. GALIPO

By:    */s/ Renee Masongsong*
DALE K. GALIPO, ESQ.
RENEE V. MASONGSONG, ESQ.
Attorneys for Plaintiff, TODDERICK RANDALL

WESIERSKI & ZUREK LLP
LAWYERS
29 ORCHARD ROAD
LAKE FOREST, CALIFORNIA 92630
(949) 975-1000

3
4937-1788-1609.2 SBD-00026
STIPULATION TO MODIFY SCHEDULING ORDER REGARDING DEPOSITION OF PLAINTIFF RANDALL