# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| TODDERICK RANDALL, individually,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF SAN BERNARDINO; CORRIN CASSIDY; CAMERON STANLEY and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 5:24-cv-00086-SSS-SP<br>*Assigned to*:<br>Hon. Sunshine S. Sykes<br><br>**[PROPOSED] ORDER ON STIPULATION TO MODIFY SCHEDULING ORDER REGARDING DEPOSITION OF PLAINTIFF RANDALL**<br><br>Trial Date:        None Set |

## **ORDER**

Pursuant to the Stipulation of the Parties and good cause appearing, it is hereby ORDERED as follows:

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Wesierski & Zurek LLP
LAWYERS
29 ORCHARD ROAD
LAKE FOREST, CALIFORNIA 92630
(949) 975-1000

1  The Scheduling Order shall be modified as follows: The Deposition of Plaintiff,
2  TODDERICK RANDALL, may be conducted after the current discovery cut-off of
3  December 20, 2024, and at a mutually agreeable time before January 20, 2025.
4
5  **IT IS SO ORDERED.**
6
7  Date: _____                    _____
8                                     Hon. Sunshine S. Svkes
                                      Judge of the U.S. District Court
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

WESIERSKI & ZUREK LLP
LAWYERS
29 ORCHARD ROAD
LAKE FOREST, CALIFORNIA 92630
(949) 975-1000

2

4903-7932-0586.1 SBD-00026                                    [PROPOSED] ORDER