UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| TODDERICK RANDALL, individually,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF SAN BERNARDINO; CORRIN CASSIDY; CAMERON STANLEY and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 5:24-cv-00086-SSS-SPx<br>*Assigned to*:<br>Hon. Sunshine S. Sykes<br><br>**ORDER ON STIPULATION TO MODIFY SCHEDULING ORDER REGARDING DEPOSITION OF PLAINTIFF RANDALL**<br><br>Trial Date:      None Set |

WESIERSKI & ZUREK LLP
LAWYERS
29 ORCHARD ROAD
LAKE FOREST, CALIFORNIA 92630
(949) 975-1000

1

4903-7932-0586.1 SBD-00026

ORDER

Pursuant to the Stipulation of the Parties and good cause appearing, it is hereby ORDERED as follows:

The Scheduling Order shall be modified as follows: The Deposition of Plaintiff, TODDERICK RANDALL, may be conducted after the current discovery cut-off of December 20, 2024, and at a mutually agreeable time before January 20, 2025.

**IT IS SO ORDERED.**

Date: January 3, 2025

_____
Hon. Sunshine S. Sykes
Judge of the U.S. District Court