Name and address:

Christopher P. Wesierski (SBN 086736)
Michelle R. Prescott (SBN 262638)
WESIERSKI & ZUREK, LLP
29 Orchard Road
Lake Forest, CA 92630
T: (949)975-1000

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| TODDERICK RANDALL | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | 5:24-cv-00086-SSS-SP |
| v. | |
| COUNTY OF SAN BERNARDINO; CORRIN CASSIDY; CAMERON STANLEY | **NOTICE OF APPEARANCE OR WITHDRAWAL OF COUNSEL** |
| DEFENDANT(S) | |

## INSTRUCTIONS

*Appearance of Counsel*:

Attorneys may use this form to enter an appearance in a case, or to update the docket of a case to reflect a prior appearance. To do so, complete Sections I, II, and IV of this form, then file and serve the form in the case. (Using an attorney's CM/ECF login and password to file this form will expedite the addition of that attorney to the docket as counsel of record.)

*Withdrawal of Counsel*:

This form may be used to terminate an attorney's status as counsel of record for a party in three situations: (1) the attorney being terminated has already been relieved by the Court, but the docket does not yet reflect that fact; (2) at least one member of the attorney's firm or agency will continue to represent that party and the withdrawing attorney is not the only member of the Bar of this Court representing that party; or (3) the represented party has been dismissed from the case, but the attorneys are still receiving notices of electronic filing. For any of these situations, complete Sections I, III, and IV of this form, then file and serve the form in the case.

**Note:** *In situations not covered above, attorneys seeking to withdraw from a case must first obtain permission from the Court. In such circumstances, attorneys should complete and file a "Request for Approval of Substitution or Withdrawal of Counsel" (Form G-01) rather than this "Notice of Appearance or Withdrawal of Counsel" (Form G-123). See Form G-01 for further information.*

## SECTION I - IDENTIFYING INFORMATION

*Please complete the following information for the attorney you wish to add or remove (if removing an attorney, provide the information as it currently appears on the docket; if appearing pro hac vice, enter "PHV" in the field for "CA Bar Number"):*

Name: Kathryn J. Harvey      CA Bar Number: 241029

Firm or agency: WESIERSKI & ZUREK, LLP

Address: 29 Orchard Road, Lake Forest, CA 92630

Telephone Number: 949-975-1000      Fax Number: 949-756-0517

Email: kharvey@wzllp.com

Counsel of record for the following party or parties:

Defendants, County of San Bernardino, Corrin Cassidy and Cameron Stanley

## SECTION II - TO ADD AN ATTORNEY TO THE DOCKET

*Please select one of the following options:*

☐ The attorney listed above has already appeared as counsel of record in this case and should have been added to the docket. The date of the attorney's first appearance in this case: _____ .

☒ The filing of this form constitutes the first appearance in this case of the attorney listed above. Other members of this attorney's firm or agency have previously appeared in the case.

☐ The filing of this form constitutes the first appearance in this case of the attorney listed above. No other members of this attorney's firm or agency have previously appeared in the case.

☐ By order of the court dated _____ in case number _____ (see attached copy), the attorney listed above may appear in this case without applying for admission to practice *pro hac vice*.

☐ This case was transferred to this district by the Judicial Panel on Multidistrict Litigation ("JPML") pursuant to 28 U.S.C. § 1407 from the _____ District of _____, where it was assigned case number _____. The attorney listed above is counsel of record in this case in the transferee district, and is permitted by the rules of the JPML to continue to represent his or her client in this district without applying for admission to practice *pro hac vice* and without the appointment of local counsel.

☐ On _____, the attorney listed above was granted permission to appear in this case *pro hac vice* before the Bankruptcy Court, and L.Bankr.R. 8 authorizes the continuation of that representation in this case before the District Court.

*In addition, if this is a criminal case, please check the applicable box below. The attorney listed above is:*

☐ USAO    ☐ FPDO    ☐ CJA Appointment    ☐ Pro Bono    ☐ Retained

## SECTION III - TO REMOVE AN ATTORNEY FROM THE DOCKET

***Notices of Electronic Filing will be terminated***. *Please select one of the following options:*

☐ The attorney named above has already been relieved by the Court as counsel of record in this case and should have been removed from the docket. Date of the order relieving this attorney: _____.

☐ Please remove the attorney named above from the docket of this case; at least one member of the firm or agency named above, and at least one member of the Bar of this Court, will continue to serve as counsel of record for the party or parties indicated.

*(Note: if you are removing yourself from the docket of this case as a result of separating from a firm or agency, you should consult Local Rules 5-4.8.1 and 83-2.4 and Form G-06 ("Notice of Change of Attorney Business or Contact Information"), concerning your obligations to notify the Clerk and parties of changes in your business or contact information.)*

☐ The represented party has been dismissed from the case, but the attorneys are still receiving notices of electronic filing. Date party was dismissed: _____.

☐ The attorney named above was appointed on appeal and the appeal has been adjudicated. Date the mandate was filed: _____.

## SECTION IV - SIGNATURE

I request that the Clerk update the docket as indicated above.

Date: 1/22/2025 _____

Signature: _____

Name: Kathryn Harvey _____

**WESIERSKI & ZUREK LLP**
LAWYERS
29 ORCHARD ROAD
LAKE FOREST, CALIFORNIA 92630
(949) 975-1000

1

## PROOF OF SERVICE

2 **STATE OF CALIFORNIA, COUNTY OF ORANGE**

3     At the time of service, I was over 18 years of age and not a party to this action.  I am employed in the County of Orange, State of California.  My business address is 29

4 Orchard Road, Lake Forest, CA 92630.

5     On January 22,  2025, I served true copies of the following document(s) described as **NOTICE OF APPEARANCE**  on the interested parties in this action as follows:

6

## SEE ATTACHED SERVICE LIST

7

     **BY CM/ECF NOTICE OF ELECTRONIC FILING:**  I electronically filed the

8 document(s) with the Clerk of the Court by using the CM/ECF system.  Therefore, on information and belief, I have caused participants in the case who are registered CM/ECF

9 users to be served through the CM/ECF system.  Participants in the case who are not registered CM/ECF users, if any, have been served by mail or by other means permitted by

10 the court rules, as stated herein.

11     I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

12

13     Executed on January 22,  2025, at Lake Forest, California.

14

15 _____
     Kaitlyn Zendejas

16

17

18

19

20

21

22

23

24

25

26

27

28

**WESIERSKI & ZUREK LLP**
LAWYERS
29 ORCHARD ROAD
LAKE FOREST, CALIFORNIA 92630
(949) 975-1000

1

2

**SERVICE LIST**
**Randall v. County of San Bernardino et. al.**
**SBD-00026**

3

Dale K. Galipo, Esq.                                    Attorneys for Plaintiff,
Renee V. Masongsong, Esq.                               TODDERICK RANDALL

4

Law Offices of Dale K. Galipo
21800 Burbank Blvd., Suite 310

5

Woodland Hills, CA  91367
Phone: (818) 347-3333

6

Fax: (818) 347-4118
E-Mail: dalekgalipo@yahoo.com

7

rvalentine@galipolaw.com;amonguia@galipolaw.com

8

Sharon J. Brunner, Esq.                                 Attorney for Plaintiff,
Law Office of Sharon J. Brunner                         TODDERICK RANDALL

9

14393 Park Ave., Suite 100
Victorville, CA  92392

10

Phone: (760) 243-9997
Fax: (760) 843-8155

11

E-Mail: sharonjbrunner@yahoo.com

12

James T. Terrell, Esq.                                  Attorney for Plaintiff,
Law Office of James T. Terrell                          TODDERICK RANDALL

13

15411 Anacapa Rd.
Victorville, CA  92392

14

Phone: (760) 951-5850
Fax: (760) 952-1085

15

E-Mail: jim@talktoterrell.com

16

17

18

19

20

21

22

23

24

25

26

27

28