Christopher P. Wesierski [Bar No. 086736]
 *cwesierski@wzllp.com*
WESIERSKI & ZUREK LLP
29 Orchard Road
Lake Forest, California 92630
Telephone: (949) 975-1000
Facsimile: (949) 756-0517

Attorneys for Defendants, COUNTY OF SAN BERNARDINO, CORRIN CASSIDY, and CAMERON STANLEY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| TODDERICK RANDALL, individually,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF SAN BERNARDINO; CORRIN CASSIDY; CAMERON STANLEY and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 5:24-cv-00086-SSS-SP<br>*Assigned to*:<br>Hon. Sunshine S. Sykes<br><br>**STIPULATION TO MODIFY SCHEDULING ORDER REGARDING DEPOSITION OF PLAINTIFF RANDALL**<br><br>Trial Date:       None Set |

Defendants, COUNTY OF SAN BERNARDINO, CORRIN CASSIDY, and CAMERON STANLEY, and Plaintiff TODDERICK RANDALL by and through their counsel, submit the following stipulation to modify the scheduling order to allow for the deposition of Plaintiff TODDERICK RANDALL to be taken after the current discovery cut-off date of January 20, 2025. The Parties Stipulate the discovery cut-off date shall be extended to March 20, 2025.

## PERTINENT FACTS

On June 28, 2024, Defendants' counsel served a Notice of Deposition of Plaintiff TODDERICK RANDALL via his counsel for August 1, 2024.

Plaintiff was medically unable to participate in his deposition on that date.

/ / /

1

1  On December 10, 2024, Defendants' counsel served a Notice of Deposition of
2  Plaintiff TODDERICK RANDALL via his counsel for December 17, 2024. The date
3  was then Amended to December 18, 2024.
4  Plaintiff was medically unable to participate in his deposition on that date.
5  On January 9, 2025, Defendants' counsel served a Third Notice of Deposition
6  of Plaintiff TODDERICK RANDALL via his counsel for January 16, 2025.
7  Plaintiff was medically unable to participate in his deposition on that date.
8  Accordingly, Plaintiff's and Defendants' counsel have agreed to extend the
9  discovery cut off to allow the Deposition of Plaintiff TODDERICK RANDALL to
10 occur when he is medically able, and outside the current discovery cut-off date of
11 January 20, 2025, on a mutually agreeable date before March 20, 2025.
12 / / /
13 / / /
14 / / /
15 / / /
16 / / /
17 / / /
18 / / /
19 / / /
20 / / /
21 / / /
22 / / /
23 / / /
24 / / /
25 / / /
26 / / /
27 / / /
28 / / /

4918-5947-1127.1 SBD-00026

STIPULATION TO MODIFY SCHEDULING ORDER REGARDING DEPOSITION OF PLAINTIFF RANDALL

## **STIPULATION**

Based on the foregoing, the Parties stipulate and agree as follows:

The Scheduling Order shall be modified to allow for the Deposition of Plaintiff TODDERICK RANDALL after the current discovery cut-off of January 20, 2025. Both Plaintiff's and Defendants' counsel shall make arrangements for a mutually agreeable time before March 20, 2025 to take Plaintiff TODDERICK RANDALL'S deposition.

DATED: February 7, 2025     WESIERSKI & ZUREK LLP

By: *Christopher P. Wesierski*
CHRISTOPHER P. WESIERSKI
Attorneys for Defendants, COUNTY OF SAN BERNARDINO, CORRIN CASSIDY, and CAMERON STANLEY

DATED: February 5, 2025     LAW OFFICES OF DALE K. GALIPO

By:     */s/ Renee V. Masongsong, Esq.*
DALE K. GALIPO, ESQ.
RENEE V. MASONGSONG, ESQ.
Attorneys for Plaintiff, TODDERICK RANDALL

## PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF ORANGE**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Orange, State of . My business address is 29 Orchard Road, Lake Forest, CA 92630.

On February 7, 2025, I served true copies of the following document(s) described as **STIPULATION TO MODIFY SCHEDULING ORDER REGARDING DEPOSITION OF PLAINTIFF RANDALL** on the interested parties in this action as follows:

### SEE ATTACHED SERVICE LIST

**BY E-MAIL OR ELECTRONIC TRANSMISSION:** I caused a copy of the document(s) to be sent from e-mail address akaderabek@wzllp.com to the persons at the e-mail addresses listed in the Service List. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on February 7, 2025, at Lake Forest, California.



Aimee Kaderabek

**SERVICE LIST**
**Randall v. County of San Bernardino et. al.**
**SBD-00026**

| | |
|---|---|
| Dale K. Galipo, Esq.<br>Renee V. Masongsong, Esq.<br>Law Offices of Dale K. Galipo<br>21800 Burbank Blvd., Suite 310<br>Woodland Hills, CA 91367<br>Phone: (818) 347-3333<br>Fax: (818) 347-4118<br>E-Mail: dalekgalipo@yahoo.com<br>rvalentine@galipolaw.com;amonguia@galipolaw.com | Attorneys for Plaintiff,<br>TODDERICK RANDALL |
| Sharon J. Brunner, Esq.<br>Law Office of Sharon J. Brunner<br>14393 Park Ave., Suite 100<br>Victorville, CA 92392<br>Phone: (760) 243-9997<br>Fax: (760) 843-8155<br>E-Mail: sharonjbrunner@yahoo.com | Attorney for Plaintiff,<br>TODDERICK RANDALL |
| James T. Terrell, Esq.<br>Law Office of James T. Terrell<br>15411 Anacapa Rd.<br>Victorville, CA 92392<br>Phone: (760) 951-5850<br>Fax: (760) 952-1085<br>E-Mail: jim@talktoterrell.com | Attorney for Plaintiff,<br>TODDERICK RANDALL |

WESIERSKI & ZUREK LLP
LAWYERS
29 ORCHARD ROAD
LAKE FOREST, CALIFORNIA 92630
(949) 975-1000

5
4918-5947-1127.1 SBD-00026
STIPULATION TO MODIFY SCHEDULING ORDER REGARDING DEPOSITION OF PLAINTIFF RANDALL