# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| TODDERICK RANDALL, individually,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF SAN BERNARDINO; CORRIN CASSIDY; CAMERON STANLEY and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 5:24-cv-00086-SSS-SP<br>*Assigned to*:<br>Hon. Sunshine S. Sykes<br><br>**[PROPOSED] ORDER ON STIPULATION TO MODIFY SCHEDULING ORDER REGARDING DEPOSITION OF PLAINTIFF RANDALL**<br><br>Trial Date:   None Set |

## **ORDER**

Pursuant to the Stipulation of the Parties and good cause appearing, it is hereby ORDERED as follows:

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1  The Scheduling Order shall be modified as follows: The Deposition of Plaintiff,
2  TODDERICK RANDALL, may be conducted after the current discovery cut-off of
3  January 20, 2025, and at a mutually agreeable time before March 20, 2025.

4
5  **IT IS SO ORDERED.**
6
7  Date: _____                    _____
8                                      Hon. Sunshine S. Svkes
                                        Judge of the U.S. District Court

WESIERSKI & ZUREK LLP
LAWYERS
29 ORCHARD ROAD
LAKE FOREST, CALIFORNIA 92630
(949) 975-1000

4914-2884-6100.1 SBD-00026                                    [PROPOSED] ORDER