Christopher P. Wesierski [Bar No. 086736]
  *cwesierski@wzllp.com*
Kathryn J. Harvey [Bar No. 241029]
  *kharvey@wzllp.com*
WESIERSKI & ZUREK LLP
29 Orchard Road
Lake Forest, California 92630
Telephone: (949) 975-1000
Facsimile: (949) 756-0517

Attorneys for Defendants, COUNTY OF SAN BERNARDINO, CORRIN CASSIDY, and CAMERON STANLEY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| TODDERICK RANDALL, individually,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF SAN BERNARDINO; CORRIN CASSIDY; CAMERON STANLEY and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 5:24-cv-00086-SSS-SP<br>*Assigned to*:<br>Hon. Sunshine S. Sykes<br><br>**[PROPOSED] ORDER**<br><br>*[Filed Concurrently with Motion for Summary Judgment; Statement of Undisputed Material Facts; Request for Judicial Notice; Declarations of Cameron Stanley, Corrin Cassidy, and Edward Flosi]*<br><br>**Date: April 11, 2025**<br>**Time: 2:00 p.m.**<br>**Courtroom: 2**<br><br>Trial Date: July 14, 2025 |

This matter came on for hearing before this Court on April 11, 2025, pursuant to Defendants COUNTY OF SAN BERNARDINO, CORRIN CASSIDY, and CAMERON STANLEY Motion for Summary Judgment or, in the Alternative, for Partial Summary Judgment.

The Court, having considered all moving and opposing papers, admissible evidence, and oral argument, hereby orders as follows:

1

1.     Defendants Motion for Summary Judgment is hereby **GRANTED.** Plaintiffs shall take nothing by way of their complaint.

OR

1.     Plaintiff's First Claim for Unreasonable Search and Seizure—Excessive Force (42 U.S.C. § 1983) fails because Defendants acted in an objectively reasonable manner in using force, including deadly force, under the facts and circumstances and because the Deputies are entitled to qualified immunity;

2.     Plaintiff's Sixth Claim for Battery fails because the Deputies acted in an objectively reasonable manner in using force, including deadly force, under the facts and circumstances and because the Deputies are entitled to qualified immunity;

3.     Plaintiff's Seventh Claim for Negligence fails because the Deputies acted in an objectively reasonable manner in using force, including deadly force, under the facts and circumstances and because the Deputies are entitled to qualified immunity;

4.     Plaintiff's Eight Claim for Violation of the Bane Act (Cal. Civil Code § 52.1) fails because Plaintiff did not have a constitutional right to evade arrest and the Deputies acted lawfully in arresting him.

**IT IS SO ORDERED.**

DATED:

                    HONORABLE SUNSHINE S. SYKES
                    UNITED STATES DISTRICT JUDGE