1  Christopher P. Wesierski [Bar No. 086736]
     *cwesierski@wzllp.com*
2  Kathryn J. Harvey [Bar No. 241029]
     *kharvey@wzllp.com*
3  WESIERSKI & ZUREK LLP
   29 Orchard Road
4  Lake Forest, California 92630
   Telephone: (949) 975-1000
5  Facsimile: (949) 756-0517

6

7  Attorneys for Defendants, COUNTY OF
   SAN BERNARDINO, CORRIN
   CASSIDY, and CAMERON STANLEY
8

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| TODDERICK RANDALL, individually,<br><br>             Plaintiff,<br><br>    vs.<br><br>COUNTY OF SAN BERNARDINO; CORRIN CASSIDY; CAMERON STANLEY and DOES 1-10, inclusive,<br><br>             Defendants. | Case No. 5:24-cv-00086-SSS-SP<br>*Assigned to*:<br>Hon. Sunshine S. Sykes<br><br>**DEFENDANTS' REQUEST FOR JUDICIAL NOTICE FILED IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT**<br><br>*[Filed Concurrently with Motion for Summary Judgment; Statement of Undisputed Material Facts; Declarations of Cameron Stanley, Corrin Cassidy, and Edward Flosi; and Proposed Order]*<br><br>**Date:   April 11, 2025**<br>**Time:  2:00 p.m.**<br>**Courtroom:  2**<br><br>Trial Date: July 14, 2025 |

WESIERSKI & ZUREK LLP
LAWYERS
29 ORCHARD ROAD
LAKE FOREST, CALIFORNIA 92630
(949) 975-1000

1

1    Pursuant to Federal Rules of Evidence Rule 201, Defendants COUNTY OF

2    SAN BERNARDINO, CORRIN CASSIDY, and CAMERON STANLEY

3    respectfully request that the Court take judicial notice of the following pleadings filed

4    in the matter:

5        1.    Plaintiff's Complaint (Dkt. 8);

6        2.    Defendants' Answer to Plaintiff's Complaint (Dkt. 11).

7

8    DATED:  February 21, 2025        WESIERSKI & ZUREK LLP

9

10                                        _Christopher P. Wesierski_

11                            By: _____

12                                CHRISTOPHER P. WESIERSKI
                                  Attorneys for Defendants, COUNTY OF
13                                SAN BERNARDINO, CORRIN
                                  CASSIDY, and CAMERON STANLEY
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

WESIERSKI & ZUREK LLP
LAWYERS
29 ORCHARD ROAD
LAKE FOREST, CALIFORNIA 92630
(949) 975-1000

2