| | |
|---|---|
| 1 | Dale K. Galipo, Esq. (Bar No. 144074) |
| 2 | dalekgalipo@yahoo.com<br>Renee V. Masongsong, Esq. (Bar No. 281819) |
| 3 | rvalentine@galipolaw.com<br>LAW OFFICES OF DALE K. GALIPO |
| 4 | 21800 Burbank Blvd., Suite 310 |
| 5 | Woodland Hills, CA 91367<br>Tel: (818) 347-3333 / Fax: (818) 347-4118 |
| 6 | |
| 7 | Sharon J. Brunner, Esq. (Bar No. 229931)<br>sharonjbrunner@yahoo.com |
| 8 | LAW OFFICE OF SHARON J. BRUNNER<br>14393 Park Ave., Suite 100 |
| 9 | Victorville, CA 92392<br>Tel: (760) 243-9997 / Fax: (760) 843-8155 |
| 10 | |
| 11 | James S. Terrell, Esq. (Bar No. 170409)<br>LAW OFFICE OF JAMES TERRELL |
| 12 | jim@talktoterrell.com<br>15411 Anacapa Rd. |
| 13 | Victorville, CA 92392<br>Tel: (760) 951-5850 / Fax: (760) 952-1085 |
| 14 | |
| 15 | Attorneys for Plaintiff, Todderick Randall |

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TODDERICK RANDALL, individually,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF SAN BERNARDINO, et al.<br><br>Defendants. | Case No. 5:24-cv-00086-SSS-SP<br><br>*Assigned to:*<br>Hon. District Judge Sunshine S. Sykes<br>Hon. Magistrate Judge Sheri Pym<br><br>**DECLARATION OF RENEE V. MASONGSONG IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**<br><br>Hearing Date:   4/11/2025<br>Time:           2:00 p.m.<br>Location:       Courtroom 2 |

1

DECLARATION OF RENEE V. MASONGSONG IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

## DECLARATION OF RENEE V. MASONGSONG

I, Renee V. Masongsong, hereby declare as follows:

1. I am an attorney duly licensed to practice law in the State of California and the United States District Court for the Central District of California. I am one of the attorneys of record for Plaintiff Todderick Randall. I make this declaration in support of Plaintiff's Opposition to Defendants' Motion for Summary Judgment, or in the Alternative, Partial Summary Judgment. I have personal knowledge of the facts contained herein and could testify competently thereto if called.

2. Attached hereto as **Exhibit "A"** is a true and correct copy of the relevant portions of the Deposition of Cameron Stanley, taken on June 14, 2024.

3. Attached hereto as **Exhibit "B"** is a true and correct copy of the relevant portions of the Deposition of Corrin Cassidy, taken on June 14, 2024.

4. Attached hereto as **Exhibit "C"** is a true and correct copy of the relevant portions of the Deposition of Edward T. Flosi, taken on January 20, 2025.

5. Manually lodged as **Exhibit "D"** is a true and correct copy of the video-recording which captured the subject use of force incident as produced to Plaintiff by Defendants in response to Plaintiff's propounded discovery requests, entitled "RANDALL SBD-000614 - Initial Contact."

6. Manually lodged as **Exhibit "E"** is a true and correct copy of the video-recording which captured the subject use of force incident as produced to Plaintiff by Defendants in response to Plaintiff's propounded discovery requests, entitled "RANDALL SBD-000615 - LFE Encounter."

I declare under penalty of perjury under that the foregoing that the foregoing is true and correct. Executed on March 7, 2025.

*/s/ Renee V. Masongsong*
Renee V. Masongsong