Renee V. Masongsong
Law Offices of Dale K. Galipo
21800 Burbank Blvd., Ste. 310
Woodland Hills, CA 91367

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| TODDERICK RANDALL, | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | 5:24-cv-00086-SSS-SP |
| v. | |
| COUNTY OF SAN BERNARDINO, et al., | **NOTICE OF MANUAL FILING OR LODGING** |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually ☐ Filed ☐ Lodged: **(List Documents)**

(1) Exhibit "D" to the Declaration of Renee V. Masongsong (video-recording entitled "RANDALL SBD-000614 - Initial Contact"); and
(2) Exhibit "E" to the Declaration of Renee V. Masongsong (video-recording entitled "RANDALL SBD-000615 - LFE Encounter").

**Reason:**
☐ Under Seal
☐ In Camera
☑ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Per Court order dated: _____
☐ Other:

March 7, 2025
Date

Renee V. Masongsong
Attorney Name

Plaintiff
Party Represented

*Note:* File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).

G-92 (05/15)    NOTICE OF MANUAL FILING OR LODGING