Christopher P. Wesierski [Bar No. 086736]
 *cwesierski@wzllp.com*
*Kathryn J. Harvey [Bar No. 241029]*
 *kharvey@wzllp.com*
WESIERSKI & ZUREK LLP
29 Orchard Road
Lake Forest, California 92630
Telephone: (949) 975-1000
Facsimile: (949) 756-0517

Attorneys for Defendants, COUNTY OF SAN BERNARDINO, CORRIN CASSIDY, and CAMERON STANLEY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| TODDERICK RANDALL, individually,<br><br>            Plaintiff,<br><br>     vs.<br><br>COUNTY OF SAN BERNARDINO; CORRIN CASSIDY; CAMERON STANLEY and DOES 1-10, inclusive,<br><br>            Defendants. | Case No. 5:24-cv-00086-SSS-SP<br>*Assigned to*:<br>Hon. Sunshine S. Sykes<br><br>**STIPULATION TO MODIFY SCHEDULING ORDER REGARDING DEPOSITION OF PLAINTIFF, TODDERICK RANDALL**<br><br>Trial Date:       None Set |

Defendants, COUNTY OF SAN BERNARDINO, CORRIN CASSIDY, and CAMERON STANLEY, and Plaintiff TODDERICK RANDALL by and through their counsel, submit the following stipulation to modify the scheduling order to allow for the deposition of Plaintiff TODDERICK RANDALL to be taken after the current discovery cut-off date of March 20, 2025. The Parties Stipulate the discovery cut-off date shall be extended to [DATE].

### PERTINENT FACTS

On June 28, 2024, Defendants' counsel served a Notice of Deposition of Plaintiff TODDERICK RANDALL via his counsel for August 1, 2024.

Plaintiff was medically unable to participate in his deposition on that date.

1. On December 10, 2024, Defendants' counsel served a Notice of Deposition of Plaintiff TODDERICK RANDALL via his counsel for December 17, 2024. The date was then Amended to December 18, 2024.

2. Plaintiff was medically unable to participate in his deposition on that date.

3. On January 9, 2025, Defendants' counsel served an Amended Third Notice of Deposition of Plaintiff TODDERICK RANDALL via his counsel for January 16, 2025.

4. Plaintiff was medically unable to participate in his deposition on that date.

5. On February 18, 2025, Defendants' counsel served a deposition subpoena on Plaintiff TODDERICK RANDALL, and an Amended Third (*sic.*) Notice of Deposition on his counsel, setting his deposition for February 26, 2025.

6. On February 26, 2025, Plaintiff appeared for his deposition, but indicated he was in pain and unable to continue with his deposition. The deposition was discontinued.

7. On or about February 26, 2025, Defendants' counsel served a deposition subpoena on Plaintiff TODDERICK RANDALL, and a Fourth (*sic.*) Notice of Deposition on his counsel, setting his deposition for March 11, 2025.

8. On March 11, 2025, Defendant failed to appear for his deposition.

Accordingly, Plaintiff's and Defendants' counsel have agreed to extend the discovery cut off to allow the Deposition of Plaintiff TODDERICK RANDALL to occur when he is medically able, and outside the current discovery cut-off date of March 20, 2025, on a mutually agreeable date before April 20, 2025.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

## STIPULATION

Based on the foregoing, the Parties stipulate and agree as follows:

The Scheduling Order shall be modified to allow for the Deposition of Plaintiff TODDERICK RANDALL after the current discovery cut-off of April 20, 2025. Both Plaintiff's and Defendants' counsel shall make arrangements for a mutually agreeable time before April 20, 2025, to take Plaintiff TODDERICK RANDALL'S deposition.

DATED: March 12, 2025    WESIERSKI & ZUREK LLP

By: _____
CHRISTOPHER P. WESIERSKI
Attorneys for Defendants, COUNTY OF SAN BERNARDINO, CORRIN CASSIDY, and CAMERON STANLEY

DATED: March 12 2025    LAW OFFICES OF DALE K. GALIPO

By:    */s/ Renee V. Masongsong*
DALE K. GALIPO, ESQ.
RENEE V. MASONGSONG, ESQ.
Attorneys for Plaintiff, TODDERICK RANDALL