| | |
|---|---|
| TODDERICK RANDALL, individually,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>COUNTY OF SAN BERNARDINO; CORRIN CASSIDY; CAMERON STANLEY and DOES 1-10, inclusive,<br><br>　　　　Defendants. | Case No. 5:24-cv-00086-SSS-SP<br>*Assigned to*:<br>Hon. Sunshine S. Sykes<br><br>**[PROPOSED] ORDER ON STIPULATION TO MODIFY SCHEDULING ORDER REGARDING DEPOSITION OF PLAINTIFF, TODDERICK RANDALL**<br><br>Trial Date:　　　July 14, 2025 |

## ORDER

Pursuant to the Stipulation of the Parties and good cause appearing, it is hereby ORDERED as follows:

1.　The Scheduling Order shall be modified to allow for the Deposition of Plaintiff TODDERICK RANDALL after the current discovery cut-off of April 20, 2025. Both Plaintiff's and Defendants' counsel shall make arrangements for a mutually agreeable time before April 20, 2025, to take Plaintiff TODDERICK RANDALL'S deposition.

**IT IS SO ORDERED.**

DATED: March ___, 2025

_____
HONORABLE SUNSHINE S. SYKES
UNITED STATES DISTRICT JUDGE