WESIERSKI & ZUREK LLP
LAWYERS
29 ORCHARD ROAD
LAKE FOREST, CALIFORNIA 92630
(949) 975-1000

| | |
|---|---|
| TODDERICK RANDALL, individually,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF SAN BERNARDINO; CORRIN CASSIDY; CAMERON STANLEY and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 5:24-cv-00086-SSS-SPx<br>*Assigned to*:<br>Hon. Sunshine S. Sykes<br><br>**ORDER ON STIPULATION TO MODIFY SCHEDULING ORDER REGARDING DEPOSITION OF PLAINTIFF, TODDERICK RANDALL**<br><br>Trial Date:    July 14, 2025 |

1

Pursuant to the Stipulation of the Parties and good cause appearing, it is hereby ORDERED as follows:

1. The Scheduling Order shall be modified to allow for the Deposition of Plaintiff TODDERICK RANDALL after the current discovery cut-off of April 20, 2025. Both Plaintiff's and Defendants' counsel shall make arrangements for a mutually agreeable time before April 20, 2025, to take Plaintiff TODDERICK RANDALL'S deposition.

**IT IS SO ORDERED.**

DATED: March 14, 2025

_____
HONORABLE SUNSHINE S. SYKES
UNITED STATES DISTRICT JUDGE

WESIERSKI & ZUREK LLP
LAWYERS
29 ORCHARD ROAD
LAKE FOREST, CALIFORNIA 92630
(949) 975-1000

2
4903-3162-7815.1 SBD-00026
ORDER ON STIPULATION TO MODIFY SCHEDULING ORDER REGARDING DEPOSITION OF