Christopher P. Wesierski [Bar No. 086736]
  *cwesierski@wzllp.com*
Kristen R. Rodriguez [Bar No. 289668]
  *krodriguez@wzllp.com*
WESIERSKI & ZUREK LLP
29 Orchard Road
Lake Forest, California 92630
Telephone: (949) 975-1000
Facsimile: (949) 756-0517

Attorneys for Defendants, COUNTY OF SAN BERNARDINO, CORRIN CASSIDY, and CAMERON STANLEY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| TODDERICK RANDALL, individually,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>COUNTY OF SAN BERNARDINO; CORRIN CASSIDY; CAMERON STANLEY and DOES 1-10, inclusive,<br><br>　　　　　Defendants. | Case No. 5:24-cv-00086-SSS-SP<br>*Assigned to*:<br>Hon. Sunshine S. Sykes<br><br>**DECLARATION OF KRISTEN R. RODRIGUEZ IN SUPPORT OF DEFENDANTS' MOTION IN LIMINE NO. 1 TO EXCLUDE PLAINTIFF TODDERICK RANDALL FROM TESTIFYING AT TRIAL**<br><br>Date:　　June 20, 2025<br>Time:　　2:00 p.m.<br>Crtrm.:　 2<br><br>Trial Date: July 14, 2025<br>FPTC: June 27, 2025 |

## DECLARATION OF KRISTEN R. RODRIGUEZ

I, Kristen R. Rodriguez, declare as follows:

1. I am an attorney licensed to practice before all court of the State of California and am a Partner at Wesierski & Zurek LLP, counsel of record for Defendants COUNTY OF SAN BERNARDINO, CORRIN CASSIDY, and CAMERON STANLEY ("Defendants"), Parties in the above-entitled action.

2. I have personal knowledge of the facts set forth herein, except as to those stated on information and belief, and, as to those, I am informed and believe them to be true. If called as a witness, I could and would competently testify to the matters stated herein.

3. Pursuant to Local Rule 7-3, prior to filing this motion, the Parties met and conferred on May 9, 2025 via Zoom at 11:30 a.m. The zoom meeting lasted 15 minutes and the Parities discussed the potential motions in limine each may file, including this motion to exclude Plaintiff from testifying at trial.

4. In attendance were counsel for Plaintiff, Renee Masongsong, and myself, as counsel for Defendants.

5. Following the Zoom meeting, the Parties' exchanged numerous emails in an attempt to try to stipulate to issues and avoid unnecessary motion practice.

6. Ultimately, the Parties were able to stipulate to a few issues, including the stipulation that no party shall attempt to introduce evidence regarding any prosecutorial decision/declination to criminally prosecute any deputy based on that deputy's actions/conduct during the subject incident. No party shall attempt to introduce evidence regarding any findings by any law enforcement agency that any deputy's actions/conduct during the subject were within, or in violation of, San Bernardino Sheriff's Department policy.

7. Defendants have worked diligently to take Plaintiff's deposition, however after six (6) attempts, they have been unable to do so.

8. Defendants first noticed Plaintiff's deposition for August 1, 2024. The

August 1, 2024 deposition was taken off-calendar because Plaintiff was medically unable to appear.

9. On December 10, 2024, Defendants' noticed Plaintiff's deposition for December 17, 2024—the date was mutually amended to December 18, 2024. The December 18, 2024 deposition was taken off-calendar because Plaintiff was medically unable to appear.

10. On January 9, 2025, Defendants' noticed Plaintiff's deposition for January 16, 2025. The January 16, 2025 deposition was taken off-calendar because Plaintiff was medically unable to appear.

11. On February 18, 2025, Defendants served a deposition subpoena on Plaintiff and an amended notice of deposition on his counsel, setting his deposition for February 26, 2025. On February 26, 2025 Plaintiff appeared for his deposition, but indicated he was in pain and unable to continue with his deposition. The deposition was discontinued after 10:21. No substantive questions were asked—defense counsel only completed the preliminary admonitions.

12. On February 26, 2025, Defendants served a deposition subpoena on Plaintiff and an amended notice of deposition on his counsel, setting his deposition for March 11, 2025. On March 11, 2025 Plaintiff failed to appear for his deposition—he would not leave he jail cell.

13. Following the March 11, 2025 deposition, the Parties further met and conferred, and Plaintiff's counsel agreed they would coordinate a new date, and would stipulate to modify the scheduling order, if necessary.

14. On March 12, 2025, the Parties filed a Joint Stipulation to Modify the Scheduling Order, extending the discovery cut-off of March 20, 2025 to April 20, 2025, to again attempt to take Plaintiff's deposition. (Dkt. 33.) The Court approved the Stipulation. (Dkt. 34.)

15. Plaintiff's deposition was then rescheduled to April 3, 2025. On April 3, 2025, Plaintiff again refused to leave his jail cell.

WESIERSKI & ZUREK LLP
LAWYERS
29 ORCHARD ROAD
LAKE FOREST, CALIFORNIA 92630
(949) 975-1000

3
4932-1176-8644.1 SBD-00026

DECLARATION OF KRISTEN R. RODRIGUEZ IN SUPPORT OF DEFENDANTS' MOTION IN LIMINE NO. 1

16. To date, Defendants have been unable to complete Plaintiff's deposition.

17. Plaintiff's Complaint alleges an array of damages, including financial loss in the form of past and future loss of earnings, past and future medical expenses, pain and suffering, emotional and mental distress from physical injuries, humiliation and disfigurement.

18. In response to written discovery, Plaintiff stated that he suffers from extreme discomfort and stomach pain daily. He further stated that as a result of the incident he is unable to use his right (dominant) hand. Moreover, Plaintiff produced no documents in response to written discovery. He stated he does not have any documents that support his claims of financial loss, loss of earning, employment, mental health diagnosis or medical records.

19. Defendants seek to exclude Plaintiff from testifying at trial, including any testimony regarding his damages.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on this 16th day of May, 2025, at Lake Forest, California.

_____
KRISTEN R. RODRIGUEZ

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF ORANGE**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Orange, State of .  My business address is 29 Orchard Road, Lake Forest, CA 92630.

On May 16, 2025, I served true copies of the following document(s) described as **DECLARATION OF KRISTEN R. RODRIGUEZ IN SUPPORT OF DEFENDANTS' MOTION IN LIMINE NO. 1 TO EXCLUDE PLAINTIFF TODDERICK RANDALL FROM TESTIFYING AT TRIAL** on the interested parties in this action as follows:

**SEE ATTACHED SERVICE LIST**

**BY E-MAIL OR ELECTRONIC TRANSMISSION:**  I caused a copy of the document(s) to be sent from e-mail address jmonge@wzllp.com to the persons at the e-mail addresses listed in the Service List.  I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on May 16, 2025, at Lake Forest, California.



Jorge Monge

4932-1176-8644.1 SBD-00026

DECLARATION OF KRISTEN R. RODRIGUEZ IN SUPPORT OF DEFENDANTS' MOTION IN LIMINE NO. 1

**SERVICE LIST**
**Randall v. County of San Bernardino et. al.**
**SBD-00026**

| | |
|---|---|
| Dale K. Galipo, Esq.<br>Renee V. Masongsong, Esq.<br>Law Offices of Dale K. Galipo<br>21800 Burbank Blvd., Suite 310<br>Woodland Hills, CA 91367<br>Phone: (818) 347-3333<br>Fax: (818) 347-4118<br>E-Mail: dalekgalipo@yahoo.com<br>rvalentine@galipolaw.com;amonguia@galipolaw.com | Attorneys for Plaintiff,<br>TODDERICK RANDALL |
| Sharon J. Brunner, Esq.<br>Law Office of Sharon J. Brunner<br>14393 Park Ave., Suite 100<br>Victorville, CA 92392<br>Phone: (760) 243-9997<br>Fax: (760) 843-8155<br>E-Mail: sharonjbrunner@yahoo.com | Attorney for Plaintiff,<br>TODDERICK RANDALL |
| James T. Terrell, Esq.<br>Law Office of James T. Terrell<br>15411 Anacapa Rd.<br>Victorville, CA 92392<br>Phone: (760) 951-5850<br>Fax: (760) 952-1085<br>E-Mail: jim@talktoterrell.com | Attorney for Plaintiff,<br>TODDERICK RANDALL |

WESIERSKI & ZUREK LLP
LAWYERS
29 ORCHARD ROAD
LAKE FOREST, CALIFORNIA 92630
(949) 975-1000

4932-1176-8644.1 SBD-00026

DECLARATION OF KRISTEN R. RODRIGUEZ IN SUPPORT OF DEFENDANTS' MOTION IN LIMINE NO. 1