Christopher P. Wesierski [Bar No. 086736]
  *cwesierski@wzllp.com*
Kristen R. Rodriguez [Bar No. 289668]
  *krodriguez@wzllp.com*
WESIERSKI & ZUREK LLP
29 Orchard Road
Lake Forest, California 92630
Telephone: (949) 975-1000
Facsimile: (949) 756-0517

Attorneys for Defendants, COUNTY OF
SAN BERNARDINO, CORRIN
CASSIDY, and CAMERON STANLEY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

TODDERICK RANDALL,
individually,

       Plaintiff,

  vs.

COUNTY OF SAN BERNARDINO;
CORRIN CASSIDY; CAMERON
STANLEY and DOES 1-10, inclusive,

     Defendants.

Case No. 5:24-cv-00086-SSS-SP
*Assigned to*:
Hon. Sunshine S. Sykes

**DECLARATION OF KRISTEN R. RODRIGUEZ IN SUPPORT OF DEFENDANTS' MOTION IN LIMINE NO. 2 TO EXCLUDE STATEMENTS BY TRIAL COUNSEL DALE GALIPO REGARDING HIS RELATIONSHIP WITH LAW ENFORCEMENT OFFICERS AND REGARDING DEFENDANTS ALLEGED FAILURE TO TAKE RESPONSIBILITY**

Date:    June 20, 2025
Time:    2:00 p.m.
Crtrm.: 2

Trial Date: July 14, 2025
FPTC: June 27, 2025

WESIERSKI & ZUREK LLP
LAWYERS
29 ORCHARD ROAD
LAKE FOREST, CALIFORNIA 92630
(949) 975-1000

1

## <u>DECLARATION OF KRISTEN R. RODRIGUEZ</u>

I, Kristen R. Rodriguez, declare as follows:

1.      I am an attorney licensed to practice before all court of the State of California and am a Partner at Wesierski & Zurek LLP, counsel of record for Defendants COUNTY OF SAN BERNARDINO, CORRIN CASSIDY, and CAMERON STANLEY ("Defendants"), Parties in the above-entitled action.

2.      I have personal knowledge of the facts set forth herein, except as to those stated on information and belief, and, as to those, I am informed and believe them to be true. If called as a witness, I could and would competently testify to the matters stated herein.

3.      Pursuant to Local Rule 7-3, prior to filing this motion, the Parties met and conferred on May 9, 2025 via Zoom at 11:30 a.m. The zoom meeting lasted 15 minutes and the Parities discussed the potential motions in limine each may file, including this motion to exclude specific statements of phrases used by Plaintiff's lead trial counsel, Dale Galipo.

4.      In attendance were counsel for Plaintiff, Renee Masongsong, and myself, as counsel for Defendants.

5.      Following the Zoom meeting, the Parties' exchanged numerous emails in an attempt to try to stipulate to issues and avoid unnecessary motion practice.

6.      Ultimately, the Parties were able to stipulate to a few issues, including the stipulation that no party shall attempt to introduce evidence regarding any prosecutorial decision/declination to criminally prosecute any deputy based on that deputy's actions/conduct during the subject incident. No party shall attempt to introduce evidence regarding any findings by any law enforcement agency that any deputy's actions/conduct during the subject were within, or in violation of, San Bernardino Sheriff's Department policy.

7.      Trial Counsel for Plaintiff, Dale Galipo, and Trial Counsel for Defendants, Christopher Wesierski, were recently engaged in a trial which also

WESIERSKI & ZUREK LLP

LAWYERS
29 ORCHARD ROAD
LAKE FOREST, CALIFORNIA 92630
(949) 975-1000

2

involved an officer related shooting, *Nunez v. County of San Bernardino et al*., Case No. 5:22-cv-1934-SSS(SPx), Hon. Sykes presiding.

8.    During voir dire and in his argument(s), Mr. Galipo told the jury pool (and later told jury), "some of my best friends are police officers."

9.    Additionally, during closing arguments, Mr. Galipo argued that Defendants, "Refused to take responsibility and forced Plaintiff to try the case."

10.    Defendants move the court to exclude these statements, or any similar statements at all phases of trial, including voir dire, opening arguments and closing arguments.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on this 16th day of May, 2025, at Lake Forest, California.

_____
KRISTEN R. RODRIGUEZ

WESIERSKI & ZUREK LLP
LAWYERS
29 ORCHARD ROAD
LAKE FOREST, CALIFORNIA 92630
(949) 975-1000

3

DECLARATION OF KRISTEN R. RODRIGUEZ IN SUPPORT OF
DEFENDANTS' MOTION IN LIMINE NO. 2

**PROOF OF SERVICE**

**STATE OF CALIFORNIA, COUNTY OF ORANGE**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Orange, State of .  My business address is 29 Orchard Road, Lake Forest, CA 92630.

On May 16, 2025, I served true copies of the following document(s) described as  **DECLARATION OF KRISTEN R. RODRIGUEZ IN SUPPORT OF DEFENDANTS' MOTION IN LIMINE NO. 2 TO EXCLUDE STATEMENTS BY TRIAL COUNSEL DALE GALIPO REGARDING HIS RELATIONSHIP WITH LAW ENFORCEMENT OFFICERS AND REGARDING DEFENDANTS ALLEGED FAILURE TO TAKE RESPONSIBILITY**  on the interested parties in this action as follows:

**SEE ATTACHED SERVICE LIST**

**BY E-MAIL OR ELECTRONIC TRANSMISSION:**  I caused a copy of the document(s) to be sent from e-mail address jmonge@wzllp.com to the persons at the e-mail addresses listed in the Service List.  I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on May 16, 2025, at Lake Forest, California.



_____
Jorge Monge

WESIERSKI & ZUREK LLP

LAWYERS
29 ORCHARD ROAD
LAKE FOREST, CALIFORNIA 92630
(949) 975-1000

**SERVICE LIST**
**Randall v. County of San Bernardino et. al.**
**SBD-00026**

| | |
|---|---|
| Dale K. Galipo, Esq.<br>Renee V. Masongsong, Esq.<br>Law Offices of Dale K. Galipo<br>21800 Burbank Blvd., Suite 310<br>Woodland Hills, CA 91367<br>Phone: (818) 347-3333<br>Fax: (818) 347-4118<br>E-Mail: dalekgalipo@yahoo.com<br>rvalentine@galipolaw.com;amonguia@galipolaw.com | Attorneys for Plaintiff,<br>TODDERICK RANDALL |
| Sharon J. Brunner, Esq.<br>Law Office of Sharon J. Brunner<br>14393 Park Ave., Suite 100<br>Victorville, CA 92392<br>Phone: (760) 243-9997<br>Fax: (760) 843-8155<br>E-Mail: sharonjbrunner@yahoo.com | Attorney for Plaintiff,<br>TODDERICK RANDALL |
| James T. Terrell, Esq.<br>Law Office of James T. Terrell<br>15411 Anacapa Rd.<br>Victorville, CA 92392<br>Phone: (760) 951-5850<br>Fax: (760) 952-1085<br>E-Mail: jim@talktoterrell.com | Attorney for Plaintiff,<br>TODDERICK RANDALL |

WESIERSKI & ZUREK LLP
LAWYERS
29 ORCHARD ROAD
LAKE FOREST, CALIFORNIA 92630
(949) 975-1000

4916-8228-9220.1 SBD-00026

DECLARATION OF KRISTEN R. RODRIGUEZ IN SUPPORT OF
DEFENDANTS' MOTION IN LIMINE NO. 2