Christopher P. Wesierski [Bar No. 086736]
  cwesierski@wzllp.com
Kristen R. Rodriguez [Bar No. 289668]
  krodriguez@wzllp.com
WESIERSKI & ZUREK LLP
29 Orchard Road
Lake Forest, California 92630
Telephone: (949) 975-1000
Facsimile: (949) 756-0517

Attorneys for Defendants, COUNTY OF SAN BERNARDINO, CORRIN CASSIDY, and CAMERON STANLEY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| TODDERICK RANDALL, individually,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF SAN BERNARDINO; CORRIN CASSIDY; CAMERON STANLEY and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 5:24-cv-00086-SSS-SP<br>*Assigned to*:<br>Hon. Sunshine S. Sykes<br><br>**NOTICE OF LODGING [PROPOSED] ORDER ON DEFENDANTS' MOTION IN LIMINE NO. 2 TO EXCLUDE STATEMENTS BY TRIAL COUNSEL DALE GALIPO REGARDING HIS RELATIONSHIP WITH LAW ENFORCEMENT OFFICERS AND REGARDING DEFENDANTS ALLEGED FAILURE TO TAKE RESPONSIBILITY**<br><br>Date:   June 20, 2025<br>Time:   2:00 p.m.<br>Crtrm.: 2<br><br>Trial Date: July 14, 2025<br>FPTC: June 27, 2025 |

**TO THE HONORABLE COURT:**

PLEASE TAKE NOTICE that Defendants County of San Bernardino, Corrin Cassidy, and Cameron Stanley hereby lodge the following [Proposed] Order on

1

Defendants' Motion In Limine No. 2 to Exclude Statements by Trial Counsel Dale Galipo Regarding His Relationship With Law Enforcement Officers and Regarding Defendants Alleged Failure to Take Responsibility.

DATED: May 16, 2025                    WESIERSKI & ZUREK LLP

By: _____
CHRISTOPHER P. WESIERSKI
Attorneys for Defendants, COUNTY OF SAN BERNARDINO, CORRIN CASSIDY, and CAMERON STANLEY

WESIERSKI & ZUREK LLP
LAWYERS
29 ORCHARD ROAD
LAKE FOREST, CALIFORNIA 92630
(949) 975-1000

2
4932-4782-3428.1 SBD-00026    NOTICE OF LODGING ORDER ON DEFENDANTS' MOTION IN LIMINE NO. 2 TO EXCLUDE STATEMENTS BY PLAINTIFF'S TRIAL COUNSEL

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF ORANGE**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Orange, State of .  My business address is 29 Orchard Road, Lake Forest, CA 92630.

On May 16, 2025, I served true copies of the following document(s) described as **NOTICE OF LODGING [PROPOSED] ORDER ON DEFENDANTS' MOTION IN LIMINE NO. 2 TO EXCLUDE STATEMENTS BY TRIAL COUNSEL DALE GALIPO REGARDING HIS RELATIONSHIP WITH LAW ENFORCEMENT OFFICERS AND REGARDING DEFENDANTS ALLEGED FAILURE TO TAKE RESPONSIBILITY** on the interested parties in this action as follows:

### SEE ATTACHED SERVICE LIST

**BY E-MAIL OR ELECTRONIC TRANSMISSION:** I caused a copy of the document(s) to be sent from e-mail address jmonge@wzllp.com to the persons at the e-mail addresses listed in the Service List.  I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on May 16, 2025, at Lake Forest, California.



Jorge Monge

4932-4782-3428.1 SBD-00026

NOTICE OF LODGING ORDER ON DEFENDANTS' MOTION IN LIMINE NO. 2 TO EXCLUDE STATEMENTS BY PLAINTIFF'S TRIAL COUNSEL

**SERVICE LIST**
**Randall v. County of San Bernardino et. al.**
**SBD-00026**

| | |
|---|---|
| Dale K. Galipo, Esq.<br>Renee V. Masongsong, Esq.<br>Law Offices of Dale K. Galipo<br>21800 Burbank Blvd., Suite 310<br>Woodland Hills, CA 91367<br>Phone: (818) 347-3333<br>Fax: (818) 347-4118<br>E-Mail: dalekgalipo@yahoo.com<br>rvalentine@galipolaw.com;amonguia@galipolaw.com | Attorneys for Plaintiff,<br>TODDERICK RANDALL |
| Sharon J. Brunner, Esq.<br>Law Office of Sharon J. Brunner<br>14393 Park Ave., Suite 100<br>Victorville, CA 92392<br>Phone: (760) 243-9997<br>Fax: (760) 843-8155<br>E-Mail: sharonjbrunner@yahoo.com | Attorney for Plaintiff,<br>TODDERICK RANDALL |
| James T. Terrell, Esq.<br>Law Office of James T. Terrell<br>15411 Anacapa Rd.<br>Victorville, CA 92392<br>Phone: (760) 951-5850<br>Fax: (760) 952-1085<br>E-Mail: jim@talktoterrell.com | Attorney for Plaintiff,<br>TODDERICK RANDALL |