# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| TODDERICK RANDALL, individually,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF SAN BERNARDINO; CORRIN CASSIDY; CAMERON STANLEY and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 5:24-cv-00086-SSS-SP<br>*Assigned to*:<br>Hon. Sunshine S. Sykes<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION IN LIMINE NO. 2 TO EXCLUDE STATEMENTS BY TRIAL COUNSEL DALE GALIPO REGARDING HIS RELATIONSHIP WITH LAW ENFORCEMENT OFFICERS AND REGARDING DEFENDANTS ALLEGED FAILURE TO TAKE RESPONSIBILITY**<br><br>Date:   June 20, 2025<br>Time:   2:00 p.m.<br>Crtrm.: 2<br><br>Trial Date: July 14, 2025<br>FPTC: June 27, 2025 |

## [PROPOSED] ORDER

Having considered the motion in limine filed by Defendants COUNTY OF SAN BERNARDINO, CORRIN CASSIDY, and CAMERON STANLEY to preclude statements by Plaintiff's trial counsel Dale Galipo regarding his relationship with law

enforcement and Defendants' alleged failure to take responsibility for their actions at issue in this litigation, and good cause appearing therefor,

IT IS HEREBY ORDERED that:

1. Defendants' Motion in Limine No. 2 is GRANTED.

2. Plaintiff's counsel, Dale Galipo, shall not make any reference, argument, or suggestion—whether directly or indirectly—regarding:

    a. Mr. Galipo's personal or professional relationship with law enforcement; and, including but not limited to the statement, "some of my best friends are police officers."

    b. Defendants' alleged failure to accept responsibility and "forcing" Plaintiff's to try the case, or any related/similar statement.

3. Such statements shall be excluded during all phases of trial, including voir dire, opening statements, the presentation of evidence, and closing arguments.

IT IS SO ORDERED:

DATED:_____, 2025        _____

                                                    Honorable Sunshine S. Sykes

                                                    U.S. District Judge

2

4928-7439-0596.1 SBD-00026   [PROPOSED] ORDER GRANTING DEFENDANTS' MOTION IN LIMINE NO. 2 TO EXCLUDE STATEMENTS BY PLAINTIFF'S TRIAL COUNSEL

WESIERSKI & ZUREK LLP
LAWYERS
29 ORCHARD ROAD
LAKE FOREST, CALIFORNIA 92630
(949) 975-1000

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF ORANGE**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Orange, State of . My business address is 29 Orchard Road, Lake Forest, CA 92630.

On May 16, 2025, I served true copies of the following document(s) described as **[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION IN LIMINE NO. 2 TO EXCLUDE STATEMENTS BY TRIAL COUNSEL DALE GALIPO REGARDING HIS RELATIONSHIP WITH LAW ENFORCEMENT OFFICERS AND REGARDING DEFENDANTS ALLEGED FAILURE TO TAKE RESPONSIBILITY** on the interested parties in this action as follows:

**SEE ATTACHED SERVICE LIST**

**BY E-MAIL OR ELECTRONIC TRANSMISSION:** I caused a copy of the document(s) to be sent from e-mail address jmonge@wzllp.com to the persons at the e-mail addresses listed in the Service List. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on May 16, 2025, at Lake Forest, California.



Jorge Monge

4928-7439-0596.1 SBD-00026

[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION IN LIMINE NO. 2 TO EXCLUDE STATEMENTS BY PLAINTIFF'S TRIAL COUNSEL

**SERVICE LIST**
**Randall v. County of San Bernardino et. al.**
**SBD-00026**

| | |
|---|---|
| Dale K. Galipo, Esq.<br>Renee V. Masongsong, Esq.<br>Law Offices of Dale K. Galipo<br>21800 Burbank Blvd., Suite 310<br>Woodland Hills, CA 91367<br>Phone: (818) 347-3333<br>Fax: (818) 347-4118<br>E-Mail: dalekgalipo@yahoo.com<br>rvalentine@galipolaw.com;amonguia@galipolaw.com | Attorneys for Plaintiff,<br>TODDERICK RANDALL |
| Sharon J. Brunner, Esq.<br>Law Office of Sharon J. Brunner<br>14393 Park Ave., Suite 100<br>Victorville, CA 92392<br>Phone: (760) 243-9997<br>Fax: (760) 843-8155<br>E-Mail: sharonjbrunner@yahoo.com | Attorney for Plaintiff,<br>TODDERICK RANDALL |
| James T. Terrell, Esq.<br>Law Office of James T. Terrell<br>15411 Anacapa Rd.<br>Victorville, CA 92392<br>Phone: (760) 951-5850<br>Fax: (760) 952-1085<br>E-Mail: jim@talktoterrell.com | Attorney for Plaintiff,<br>TODDERICK RANDALL |

WESIERSKI & ZUREK LLP
LAWYERS
29 ORCHARD ROAD
LAKE FOREST, CALIFORNIA 92630
(949) 975-1000

4928-7439-0596.1 SBD-00026

[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION IN LIMINE NO. 2 TO EXCLUDE STATEMENTS BY PLAINTIFF'S TRIAL COUNSEL