UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| TODDERICK RANDALL, individually,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF SAN BERNARDINO; CORRIN CASSIDY; CAMERON STANLEY and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 5:24-cv-00086-SSS-SP<br>*Assigned to*:<br>Hon. Sunshine S. Sykes<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION IN LIMINE NO. 3 TO EXCLUDE OPINIONS OF PLAINTIFF'S EXPERT ROGER CLARK REGARDING THE MENTAL HEALTH OF PLAINTIFF BASED ON THE CLAIM THE PLAINTIFF WAS MENTALLY ILL OR EXPERIENCING A MENTAL HEALTH CRISIS**<br><br>Date:    June 20, 2025<br>Time:   2:00 p.m.<br>Crtrm.: 2<br><br>Trial Date: July 14, 2025<br>FPTC: June 27, 2025 |

WESIERSKI & ZUREK LLP
LAWYERS
29 ORCHARD ROAD
LAKE FOREST, CALIFORNIA 92630
(949) 975-1000

# [PROPOSED] ORDER

Having reviewed and considered Motion in Limine No. 3 filed by Defendants COUNTY OF SAN BERNARDINO, CORRIN CASSIDY, and CAMERON STANLEY to exclude opinions of Plaintiff's expert Roger Clark regarding the mental health of Plaintiff based on the claim the Plaintiff was mentally ill or experiencing a mental health crisis, and good cause appearing therefor:

IT IS HEREBY ORDERED THAT:

Defendants' Motion in Limine No. 1 is GRANTED, in full.

IT IS SO ORDERED:

DATED:_____, 2025        _____

Honorable Sunshine S. Sykes

U.S. District Judge

WESIERSKI & ZUREK LLP
LAWYERS
29 ORCHARD ROAD
LAKE FOREST, CALIFORNIA 92630
(949) 975-1000

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF ORANGE**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Orange, State of .  My business address is 29 Orchard Road, Lake Forest, CA 92630.

On May 16, 2025, I served true copies of the following document(s) described as **[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION IN LIMINE NO. 3 TO EXCLUDE OPINIONS OF PLAINTIFF'S EXPERT ROGER CLARK REGARDING THE MENTAL HEALTH OF PLAINTIFF BASED ON THE CLAIM THE PLAINTIFF WAS MENTALLY ILL OR EXPERIENCING A MENTAL HEALTH CRISIS** on the interested parties in this action as follows:

**SEE ATTACHED SERVICE LIST**

**BY E-MAIL OR ELECTRONIC TRANSMISSION:** I caused a copy of the document(s) to be sent from e-mail address jmonge@wzllp.com to the persons at the e-mail addresses listed in the Service List.  I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on May 16, 2025, at Lake Forest, California.



Jorge Monge

4899-5508-9220.1 SBD-00026

[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION IN LIMINE NO. 3 TO EXCLUDE OPINIONS OF PLAINTIFF'S EXPERT ROGER CLARK

**SERVICE LIST**
**Randall v. County of San Bernardino et. al.**
**SBD-00026**

| | |
|---|---|
| Dale K. Galipo, Esq.<br>Renee V. Masongsong, Esq.<br>Law Offices of Dale K. Galipo<br>21800 Burbank Blvd., Suite 310<br>Woodland Hills, CA 91367<br>Phone: (818) 347-3333<br>Fax: (818) 347-4118<br>E-Mail: dalekgalipo@yahoo.com<br>rvalentine@galipolaw.com;amonguia@galipolaw.com | Attorneys for Plaintiff,<br>TODDERICK RANDALL |
| Sharon J. Brunner, Esq.<br>Law Office of Sharon J. Brunner<br>14393 Park Ave., Suite 100<br>Victorville, CA 92392<br>Phone: (760) 243-9997<br>Fax: (760) 843-8155<br>E-Mail: sharonjbrunner@yahoo.com | Attorney for Plaintiff,<br>TODDERICK RANDALL |
| James T. Terrell, Esq.<br>Law Office of James T. Terrell<br>15411 Anacapa Rd.<br>Victorville, CA 92392<br>Phone: (760) 951-5850<br>Fax: (760) 952-1085<br>E-Mail: jim@talktoterrell.com | Attorney for Plaintiff,<br>TODDERICK RANDALL |

WESIERSKI & ZUREK LLP
LAWYERS
29 ORCHARD ROAD
LAKE FOREST, CALIFORNIA 92630
(949) 975-1000

4899-5508-9220.1 SBD-00026

[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION IN LIMINE NO. 3 TO EXCLUDE OPINIONS OF PLAINTIFF'S EXPERT ROGER CLARK