# UNITED STATES DISTRICT COURT FOR THE
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TODDERICK RANDALL, individually,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF SAN BERNARDINO; CORRIN CASSIDY; CAMERON STANLEY and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 5:24-cv-00086-SSS-SP<br><br>Honorable Sunshine S. Sykes<br>Hon. Mag. Judge David T. Bristow<br><br>**[PROPOSED] ORDER RE: PLAINTIFF'S MOTION *IN LIMINE* NO. 1 TO EXCLUDE INFORMATION UNKNOWN** |

## **[PROPOSED] ORDER**

Having reviewed Plaintiff's Motion *in Limine* No. 1 to Exclude Information Unknown to the Deputy Defendants, Corrin Cassidy and Cameron Stanely, and GOOD CAUSE appearing therein, Plaintiff's Motion is hereby GRANTED. Evidence, testimony, argument, or reference to/regarding the following shall be excluded at the trial of the above-entitled matter: (1) evidence regarding drug use by Mr. Randall, including any hearsay statements in medical records regarding prior drug use and any toxicology report indicating whether he was under the influence of drugs at the time of the incident; (2) evidence regarding Mr. Randall's criminal history and prior contacts with law enforcement, including that prior to this incident, as well as charges arising from this incident and his current incarceration status; and (3) hearsay statements by grocery store employees or customers prior to the incident.

The basis for this Order is that this information is irrelevant under FRE 401, 402 as it was unknown to the deputies at the time of the shooting; this evidence will unduly prejudice Plaintiff, unduly consume Court time, and confuse the issues under FRE 403; certain evidence of this kind is inadmissible character evidence under FRE 404, and any reports containing this information constitutes improper hearsay under FRE 801, 802.

**IT IS SO ORDERED**.

DATED: _____, 2025

_____
HONORABLE SUNSHINE S. SYKES
UNITED STATES DISTRICT JUDGE