1  Dale K. Galipo, Esq. (Bar No. 144074)
   dalekgalipo@yahoo.com
2  Renee V. Masongsong, Esq. (Bar No. 281819)
   rvalentine@galipolaw.com
3  LAW OFFICES OF DALE K. GALIPO
   21800 Burbank Blvd., Suite 310
4  Woodland Hills, CA 91367
   Tel: (818) 347-3333 / Fax: (818) 347-4118
5
   Sharon J. Brunner, Esq. (Bar No. 229931)
6  sharonjbrunner@yahoo.com
   LAW OFFICE OF SHARON J. BRUNNER
7  14393 Park Ave., Suite 100
   Victorville, CA 92392
8  Tel: (760) 243-9997 / Fax: (760) 843-8155

9  James S. Terrell, Esq. (Bar No. 170409)
   LAW OFFICE OF JAMES TERRELL
10 jim@talktoterrell.com
   15411 Anacapa Rd.
11 Victorville, CA 92392
   Tel: (760) 951-5850 / Fax: (760) 952-1085
12
   Attorneys for Plaintiff, Todderick Randall
13

14               **UNITED STATES DISTRICT COURT**

15              **CENTRAL DISTRICT OF CALIFORNIA**

16
   TODDERICK RANDALL,                    Case No. 5:24-cv-00086-SSS (SPx)
17 individually,
                                         *Assigned to*:
18              Plaintiff,               Hon. District Judge Sunshine S. Sykes
                                         Hon. Magistrate Judge Sheri Pym
19       vs.
                                         **JOINT PRETRIAL STIPULATION**
20 COUNTY OF SAN BERNARDINO;
   CORRIN CASSIDY; CAMERON
21 STANLEY and DOES 1-10, inclusive,

22              Defendants.

23

24

25

26

27

28

_____
                        [Title]

**TO THE HONORABLE COURT:**

After meet-and-confer discussions regarding motions *in limine* to be filed in this action, the Parties to this action through their respective counsel of record, hereby stipulate as follows:

1. No party shall attempt to introduce evidence regarding any prosecutorial decision/declination to criminally prosecute any deputy based on that deputy's actions/conduct during the subject incident. No party shall attempt to introduce evidence regarding any findings by any law enforcement agency that any deputy's actions/conduct during the subject were within, or in violation of, San Bernardino Sheriff's Department policy.

DATED:  May 16, 2025,          LAW OFFICES OF DALE K. GALIPO

By:  *s/ Renee V. Masongsong*
Dale K. Galipo
Renee V. Masongsong
*Attorneys for Plaintiff*

DATED:  May 16, 2025,          WESIERSKI & ZUREK LLP

By:  */s/ Kristen R. Rodriguez*

Kristen R. Rodriguez, Esq.

*Attorneys for Defendants*