**UNITED STATES DISTRICT COURT FOR THE**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TODDERICK RANDALL, individually, <br><br> Plaintiff, <br><br> vs. <br><br> COUNTY OF SAN BERNARDINO; CORRIN CASSIDY; CAMERON STANLEY and DOES 1-10, inclusive, <br><br> Defendants. | Case No. 5:24-cv-00086-SSS-SP <br><br> Honorable Sunshine S. Sykes <br> Hon. Mag. Judge David T. Bristow <br><br> **[PROPOSED] ORDER RE: PARTIES' JOINT PRETRIAL STIPULATION** |

# [PROPOSED] ORDER

Having reviewed the Parties' Joint Pretrial Stipulation, it is hereby ordered as follows:

No party shall attempt to introduce evidence regarding any prosecutorial decision/declination to criminally prosecute any deputy based on that deputy's actions/conduct during the subject incident. No party shall attempt to introduce evidence regarding any findings by any law enforcement agency that any deputy's actions/conduct during the subject were within, or in violation of, San Bernardino Sheriff's Department policy.

**IT IS SO ORDERED**.

DATED: _____, 2025

_____
HONORABLE SUNSHINE S. SYKES
UNITED STATES DISTRICT JUDGE