1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT FOR THE
# CENTRAL DISTRICT OF CALIFORNIA

| TODDERICK RANDALL, individually, | Case No. 5:24-cv-00086-SSS-SPx |
|---|---|
| Plaintiff, | Honorable Sunshine S. Sykes |
| vs. | Hon. Mag. Judge David T. Bristow |
| COUNTY OF SAN BERNARDINO; CORRIN CASSIDY; CAMERON STANLEY and DOES 1-10, inclusive, | **ORDER RE: PARTIES' JOINT PRETRIAL STIPULATION** |
| Defendants. | |

**ORDER**

Having reviewed the Parties' Joint Pretrial Stipulation, it is hereby ordered as follows:

No party shall attempt to introduce evidence regarding any prosecutorial decision/declination to criminally prosecute any deputy based on that deputy's actions/conduct during the subject incident. No party shall attempt to introduce evidence regarding any findings by any law enforcement agency that any deputy's actions/conduct during the subject were within, or in violation of, San Bernardino Sheriff's Department policy.

**IT IS SO ORDERED**.

DATED: May 19, 2025

HONORABLE SUNSHINE S. SYKES
UNITED STATES DISTRICT JUDGE