WESIERSKI & ZUREK LLP
LAWYERS
29 ORCHARD ROAD
LAKE FOREST, CALIFORNIA 92630
(949) 975-1000

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| TODDERICK RANDALL, individually,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF SAN BERNARDINO; CORRIN CASSIDY; CAMERON STANLEY and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 5:24-cv-00086-SSS-SP<br>*Assigned to*:<br>Hon. Sunshine S. Sykes<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S EX PARTE APPLICATION FOR AN ORDER DISMISSING THIS CASE FOR PLAINTIFF'S FAILURE TO PARTICIPATE IN DISCOVERY AND APPEAR FOR HIS DEPOSITION, OR IN THE ALTERNATIVE, FOR AN ORDER COMPELLING PLAINTIFF TO APPEAR FOR HIS DEPOSITION**<br><br>Trial Date:　　　July 14, 2025 |

/ / /

/ / /

/ / /

1

4918-6467-5144.1 SBD-00026

ORDER RE EX PARTE APPLICATION TO DISMISS, OR IN THE ALTERNATIVE, TO COMPEL PLAINTIFF'S DEPOSITION

# **ORDER**

The Court, having considered the Defendant's Ex Parte Application for an Order Dismissing This Case for Plaintiff's Failure to Participate in Discovery and Appear for his Deposition, or in The Alternative, for an Order Compelling Plaintiff to Appear for his Deposition, arguments of counsel, the documents on file in this case, and good cause appearing,

IT IS HEREBY ORDERED:

Defendants' Ex Parte Application for an Order Dismissing Plaintiff's Case is granted.

Dated: _____            _____
                                                              Sunshine S. Sykes
                                                              United States District Judge

WESIERSKI & ZUREK LLP
LAWYERS
29 ORCHARD ROAD
LAKE FOREST, CALIFORNIA 92630
(949) 975-1000

4918-6467-5144.1 SBD-00026

ORDER RE EX PARTE APPLICATION TO DISMISS, OR IN THE ALTERNATIVE, TO COMPEL PLAINTIFF'S DEPOSITION