LAW OFFICES OF DALE K. GALIPO
Dale K. Galipo, Esq. (Bar No. 144074)
dalekgalipo@yahoo.com
Renee V. Masongsong, Esq. (Bar No. 281819)
rvalentine@galipolaw.com
21800 Burbank Blvd., Suite 310
Woodland Hills, CA 91367
Tel: (818) 347-3333 / Fax: (818) 347-4118

LAW OFFICE OF SHARON J. BRUNNER
Sharon J. Brunner, Esq. (Bar No. 229931)
sharonjbrunner@yahoo.com
14393 Park Ave., Suite 100
Victorville, CA 92392
Tel: (760) 243-9997 / Fax: (760) 843-8155

LAW OFFICE OF JAMES TERRELL
James S. Terrell, Esq. (Bar No. 170409)
jim@talktoterrell.com
15411 Anacapa Rd.
Victorville, CA 92392
Tel: (760) 951-5850 / Fax: (760) 952-1085

Attorneys for Plaintiff, Todderick Randall

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TODDERICK RANDALL, individually, <br><br> Plaintiff, <br><br> vs. <br><br> COUNTY OF SAN BERNARDINO; CORRIN CASSIDY; and CAMERON STANLEY, <br><br> Defendants. | Case No. 5:24-cv-00086-SSS-SP <br><br> *Assigned to:* <br> Hon. District Judge Sunshine S. Sykes <br> Hon. Magistrate Judge Sheri Pym <br><br> **PLAINTIFF'S NOTICE OF NON-OPPOSITION TO DEFENDANTS' MOTION IN LIMINE NO. 1 TO EXCLUDE PLAINTIFF FROM TESTIFYING AT TRIAL** <br><br> Hearing: June 20, 2025 <br> Date: 2:00 p.m. <br> Dept: 2 |

**TO THE HONORABLE COURT, AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

    Plaintiff Todderick Randall hereby submits his Non-Opposition to Defendants' Motion in Limine No. 1 to exclude Plaintiff from testifying at trial. Plaintiff's counsel stipulates that Plaintiff shall not be called to testify at any time during the trial of this matter.

DATED: May 30, 2025　　　　　　　LAW OFFICES OF DALE K. GALIPO

　　　　　　　　　　　　　　　　By: s/ Renee V. Masongsong
　　　　　　　　　　　　　　　　　　Dale K. Galipo
　　　　　　　　　　　　　　　　　　Renee Masongsong
　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff*