**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo, Esq. (SBN 144074)
dalekgalipo@yahoo.com
Renee V. Masongsong, Esq. (SBN 281819)
rvalentine@galipolaw.com
21800 Burbank Blvd., Suite 310
Woodland Hills, CA 91367
Tel:   (818) 347-3333
Fax:   (818) 347-4118

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TODDERICK RANDALL, individually, <br><br> Plaintiff, <br><br> vs. <br><br> COUNTY OF SAN BERNARDINO; CORRIN CASSIDY; and CAMERON STANLEY, <br><br> Defendants. | Case No.: 5: 24-cv-00086-SSS (SPx) <br> Assigned to: <br> *Hon. District Judge Sunshine S. Sykes* <br><br> **PLAINTIFF'S WITNESS LIST** <br><br> <u>**Final Pre-trial Conference**</u> <br> Date: June 27, 2025 <br> Time: 1:00 pm <br> Courtroom: 2 <br><br> <u>**Trial**</u> <br> Date: July 14, 2025 <br> Time: 9:00 am <br> Courtroom: 2 |

<u>**TO THE HONORABLE COURT, AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD**</u>:

    Plaintiff hereby submits his Witness List.

DATED: May 30, 2025        LAW OFFICES OF DALE K. GALIPO

                             By:       *s/ Dale K. Galipo*
                                 Dale K. Galipo
                                 Renee V. Masongsong
                                 Attorney for Plaintiff

| Witness's Name, Phone Number, Address | Summary of Testimony / Why Testimony Unique | Time for Direct Exam (Hours) | Time for Cross Exam (Hours) | Dates of Testimony |
|---|---|---|---|---|
| **Cameron Stanley** c/o Defendants' counsel | Defendant—shooting officer—will testify as to the facts of the incident and his police training | 2 | | |
| **Corrin Cassidy** c/o Defendants' counsel | Defendant—Tasing officer—will testify as to the facts of the incident and her police training | 2 | | |
| **Roger Clark** 10207 Molino Road Santee, CA 92071 Tel: 208-351-2458 | Plaintiff's police practices expert—will provide expert opinion testimony based on the areas of expertise and opinions contained in his Rule 26(a)(2)(B) report and given at the time of his deposition. | 1.5 | | |
| ***Sergeant Jon Woods** c/o Defendants' counsel | Obtained video surveillance footage from WinCo Supermarket and confirmed accuracy of time and date stamps—will authenticate the videos of the incident only if necessary | 0.3 | | |
| ***Detective Malcom Page** c/o Defendants' counsel | Authored evidence report reviewing video surveillance footage from WinCo Supermarket—will authenticate the videos of the incident only if necessary | 0.3 | | |
| ***Deputy Raymond Syphax** c/o Defendants' counsel | Reviewed evidence collection report re: video surveillance | 0.3 | | |

PLAINTIFF'S WITNESS LIST

| | | | | | |
|---|---|---|---|---|---|
| | | footage from WinCo Supermarket—will authenticate the videos of the incident only if necessary | | | |
| | **\*EMT Jared Falkowski** American Medical Response ("AMR") 14828 Seventh Street Victorville, CA 92395 Tel: (760) 952-7400 | Mr. Fallowski is an EMT who was employed by AMR on the date of the incident. Mr. Fallowski responded to the scene of the incident. Mr. Fallowski is expected to testify as to Mr. Randall's condition upon his arrival to the scene and/or during transport, Mr. Randall's injuries, any medical treatment he provided or observed being provided to Mr. Randall, and the reasonableness and necessity of any medical treatment provided. | 0.5 | | |
| | **\*Paramedic Justyn Combado** AMR 14828 Seventh Street Victorville, CA 92395 Tel: (760) 952-7400 | Mr. Combado is a paramedic who was employed by AMR on the date of the incident. Mr. Combado responded to the scene of the incident. Mr. Combado is expected to testify as to Mr. Randall's condition upon his arrival to the scene and/or during transport, Mr. Randall's injuries, | 0.5 | | |

| | | | | |
|---|---|---|---|---|
| | | any medical treatment he provided or observed being provided to Mr. Randall, and the reasonableness and necessity of any medical treatment provided. | | | |
| | **\*Flight Paramedic Kenneth Sexton**<br>Air Mercy<br>7070 Summit Valley Road<br>Hesperia, CA 92345<br>Corp. Office: 5500 S. Quebec St.; Greewood Village, CO, 80111 | Mr. Sexton is a paramedic who was employed by Air Mercy on the date of the incident. Mr. Sexton responded to the scene of the incident. Mr. Sexton is expected to testify as to Mr. Randall's condition upon his arrival to the scene and/or during the flight, Mr. Randall's injuries, any medical treatment he provided or observed being provided to Mr. Randall, and the reasonableness and necessity of any medical treatment provided. | 0.5 | | |
| | **\*Flight Nurse Denise Bedolla**<br>Air Mercy<br>7070 Summit Valley Road<br>Hesperia, CA 92345<br>Corp. Office: 5500 S. Quebec St.; Greewood Village, CO, 80111 | Ms. Bedolla is a flight nurse who was employed by Air Mercy on the date of the incident. Ms. Bedolla responded to the scene of the incident. Ms. Bedolla is expected to testify as to Mr. Randall's condition upon her | 0.5 | | |

| | | | | |
|---|---|---|---|---|
| | arrival to the scene and/or during transport, Mr. Randall's injuries, any medical treatment she provided or observed being provided to Mr. Randall, and the reasonableness and necessity of any medical treatment provided. | | | |
| ***Firefighter-Paramedic David Mears**<br>Victorville Fire Station 312<br>15182 El Evado Road<br>Victorville, CA 92394<br>(760) 955-3192 | Mr. Mears is a firefighter paramedic who was employed by Victorville Fire Station 312 on the date of the incident. Mr. Mears responded to this incident. Mr. Mears is expected to testify as to Mr. Randall's condition upon his arrival to the scene, Mr. Randall's injuries, any medical treatment he provided or observed being provided to Mr. Randall, and the reasonableness and necessity of any medical treatment provided. | 0.5 | | |
| ***Fire Captain Joshua Mendoza**<br>Victorville Fire Station 312<br>15182 El Evado Road<br>Victorville, CA 92394<br>(760) 955-3192 | Mr. Mendoza is a fire captain who was employed by Victorville Fire Station 312 on the date of the incident. Mr. Mendoza responded to this incident. Mr. Mendoza is expected | 0.5 | | |

PLAINTIFF'S WITNESS LIST

| | | | | |
|---|---|---|---|---|
| | | to testify as to Mr. Randall's condition upon his arrival to the scene, Mr. Randall's injuries, any medical treatment he provided or observed being provided to Mr. Randall, and the reasonableness and necessity of any medical treatment provided. | | | |
| | **\*VFD Engineer Grant DeRose**<br>Victorville Fire Station 312<br>15182 El Evado Road<br>Victorville, CA 92394<br>(760) 955-3192 | Mr. DeRose is a VFD engineer paramedic who was employed by Victorville Fire Station 312 on the date of the incident. Mr. DeRose responded to this incident. Mr. DeRose is expected to testify as to Mr. Randall's condition as observed after the shooting, Mr. Randall's injuries, any medical treatment he provided or observed being provided to Mr. Randall, and the reasonableness and necessity of any medical treatment provided. | 0.5 | | |
| | **\*VFD Firefighter/ Paramedic Aren Andreasian** | Mr. Andreasian is a paramedic who was employed by Victorville Fire | 0.5 | | |

| Witness | Description | Time |
|---|---|---|
| Victorville Fire Station 311<br>16200 Desert Knoll Drive<br>Victorville, CA 92395<br>(760) 955-3191 | Station 311 on the date of the incident. Mr. Andreasian responded to this incident. Mr. Andreasian is expected to testify as to Mr. Randall's condition upon his arrival to the scene, Mr. Randall's injuries, and any medical treatment he provided or observed being provided to Mr. Randall. | |
| **\*Battalion Chief David Groat**<br>Victorville Fire Station 311<br>16200 Desert Knoll Drive<br>Victorville, CA 92395<br>(760) 955-3191 | Mr. Groat is a battalion chief who was employed by Victorville Fire Station 311 on the date of the incident. Mr. Groat responded to this incident. Mr. Groat is expected to testify as to Mr. Randall's condition upon his arrival to the scene, Mr. Randall's injuries, any medical treatment he provided or observed being provided to Mr. Randall, and the reasonableness and necessity of any medical treatment provided. | 0.5 |
| **\*Firefighter Paramedic James Lammon**<br>Victorville Fire Station 311 | Mr. Lammon is a firefighter/paramedic who was employed by Victorville Fire | 0.5 |

| | | | | |
|---|---|---|---|---|
| 16200 Desert Knoll Drive Victorville, CA 92395 (760) 955-3191 | Station 311 on the date of the incident. Mr. Lammon responded to this incident. Mr. Lammon is expected to testify as to Mr. Randall's condition upon his arrival to the scene, Mr. Randall's injuries, any medical treatment he provided or observed being provided to Mr. Randall, and the reasonableness and necessity of any medical treatment provided. | | | |
| **Nurse Tiffany Trinidad** Arrowhead Regional Medical Center 400 North Pepper Ave. Colton, CA 92324 (960) 580-1000 | Ms. Trinidad will testify as to the nature and extent of the injuries Mr. Randall sustained as a result of the incident, Mr. Randall's condition upon arrival, any medical treatment provided or observed being provided to Mr. Randall, and the reasonableness and necessity of any medical treatment provided. | 0.5 | | |

The (*) indicates the witness will be called only if necessary. Plaintiff intends to call only a reasonable number of the medical personnel identified above.

PLAINTIFF'S WITNESS LIST

Dated: _____

_____

SUNSHINE S. SYKES

United States District Judge

PLAINTIFF'S WITNESS LIST