Dale K. Galipo, Esq. (SBN 144074)
dalekgalipo@yahoo.com
Renee V. Masongsong, Esq. (SBN 281819)
rvalentine@galipolaw.com
LAW OFFICES OF DALE K. GALIPO
21800 Burbank Blvd., Suite 310
Woodland Hills, CA 91367
Tel:   (818) 347-3333
Fax:   (818) 347-4118

*Attorneys for Plaintiff*

Christopher P. Wesierski [Bar No. 086736]
  *cwesierski@wzllp.com*
Kathryn J. Harvey [Bar No. 241029]
  *kharvey@wzllp.com*
Kristen R. Rodriguez [Bar No. 289668]
  *krodriguez@wzllp.com*
WESIERSKI & ZUREK LLP
29 Orchard Road
Lake Forest, California 92630
Telephone: (949) 975-1000
Facsimile: (949) 756-0517

Attorneys for Defendants, COUNTY OF SAN BERNARDINO, CORRIN CASSIDY, and CAMERON STANLEY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| TODDERICK RANDALL, individually,<br><br>    Plaintiff,<br><br>    vs.<br><br>COUNTY OF SAN BERNARDINO; CORRIN CASSIDY; CAMERON STANLEY and DOES 1-10, inclusive,<br><br>    Defendants. | Case No. 5:24-cv-00086-SSS-SP<br>*Assigned to*:<br>Hon. Sunshine S. Sykes<br><br>**JOINT STATUS REPORT REGARDING SETTLEMENT**<br><br>Trial Date:        July 14, 2025 |

1

JOINT STATUS REPORT REGARDING SETTLEMENT

4928-3440-2376.1 SBD-00026

Counsel for Plaintiff TODDERICK RANDALL and counsel for Defendants COUNTY OF SAN BERNARDINO, CORRIN CASSIDY and CAMERON STANLEY hereby submit this Joint Status Report Regarding Settlement:

On May 19, 2025, the Parties attended a mediation with panel mediator Richard Copeland. The Parties were unable to resolve the matter during mediation. Mr. Copeland provided the Parties his Mediator's Proposal. The Proposal is open until June 11, 2025.

DATED: May 30, 2025                    WESIERSKI & ZUREK LLP

By: /s/Kristen R. Rodriguez
CHRISTOPHER P. WESIERSKI
KRISTEN R. RODRIGUEZ
Attorneys for Defendants, COUNTY OF SAN BERNARDINO, CORRIN CASSIDY, and CAMERON STANLEY

DATED: May 30, 2025                    LAW OFFICES OF DALE K. GALIPO

By: /s/Renee Masongsong
DALE K. GALIPO
RENEE MASONGSONG
Attorneys for Defendants, COUNTY OF SAN BERNARDINO, CORRIN CASSIDY, and CAMERON STANLEY