Christopher P. Wesierski [Bar No. 086736]
 *cwesierski@wzllp.com*
Kristen R. Rodriguez [Bar No. 289668]
 *krodriguez@wzllp.com*
WESIERSKI & ZUREK LLP
29 Orchard Road
Lake Forest, California 92630
Telephone: (949) 975-1000
Facsimile: (949) 756-0517

Attorneys for Defendants, COUNTY OF SAN BERNARDINO, CORRIN CASSIDY, and CAMERON STANLEY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| TODDERICK RANDALL, individually,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF SAN BERNARDINO; CORRIN CASSIDY; CAMERON STANLEY and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 5:24-cv-00086-SSS-SP<br>*Assigned to*:<br>Hon. Sunshine S. Sykes<br><br>**DEFENDANTS' WITNESS LIST**<br><br>Trial Date:        July 14, 2025 |

**TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Defendants COUNTY OF SAN BERNARDINO, CORRIN CASSIDY, and CAMERON STANLEY, hereby serve the following list of witnesses which they may call during trial. Defendants reserve the right to supplement and/or amend this list.

DATED: May 30, 2025         WESIERSKI & ZUREK LLP

By: _____
CHRISTOPHER P. WESIERSKI
KRISTEN R. RODRIGUEZ
Attorneys for Defendants, COUNTY OF SAN BERNARDINO, CORRIN CASSIDY, and CAMERON STANLEY

| Witness's Name, Phone Number, Address | Summary of Testimony / Why Testimony Unique | Time for Direct Exam (Hours) | Time for Cross Exam (Hours) | Dates of Testimony |
|---|---|---|---|---|
| Cameron Stanley | Deputy Defendant Cameron Stanley will testify as to the facts of the incident and his training. | | 1 | |
| Corrin Cassidy | Deputy Defendant Corrin Cassidy will testify as to the facts of the incident and his training. | | 1 | |
| Ed Flosi M.S., Justitia Consulting, Inc. 1519 E. Chapman Ave., #34, Fullerton, CA 92831 (408) 315-0520 | Defense Expert re: Police Practices. Will testify regarding his opinions about whether the Defendants' conduct in responding to the incident was within policy and rebut Plaintiff's police practices expert opinions. Unique because he has special skills, experience and education regarding police practices. | 4 | | |
| Sgt. Jon Woods* c/o Defense Counsel | Sgt. Woods obtained the videos evidence from the subject grocery store and will authenticate the videos | .5 | | |
| Det. Justin Carty* c/o Defense Counsel | Attempted to take a statement from Plaintiff at Arrowhead Regional Medical Center. | .5 | | |
| Det. Eric Ogaz* c/o Defense Counsel | Conducted witness interviews at the scene of the incident. | .5 | | |
| CSS Mike Russ* c/o Defense Counsel | Processed the crime scene and took photographs of the scene—will authenticate scene photographs. | .5 | | |
| CSS Catherine Oliver* c/o Defense Counsel | Processed the crime scene and took photographs of the scene—will authenticate scene photographs. | .5 | | |
| Sgt. Gerad Laing* c/o Defense | Interviwed Deputy Stanley following the incident. | .5 | | |

WESIERSKI & ZUREK LLP
LAWYERS
29 ORCHARD ROAD
LAKE FOREST, CALIFORNIA 92630
(949) 975-1000

| | Name | Description | Time | | |
|---|---|---|---|---|---|
| 1 | Counsel | | | | |
| 2-4 | Det. Malcom Page*<br>c/o Defense Counsel | Det. Page provided an evidence report regarding the video surveillance obtained by Winco and will authenticate the video evidence. | .5 | | |
| 5-7 | Det. Jonathan Ramstad*<br>c/o Defense Counsel | Processed the crime scene and took photographs of the scene—will authenticate scene photographs. | .5 | | |
| 8-10 | Dep. R. Syphax*<br>c/o Defense Counsel | Det. Page provided an evidence report regarding the video surveillance obtained by Winco and will authenticate the video evidence. | .5 | | |
| 11-15 | EMT Jared Falkowski,* American Medical Response ("AMR") 14828 Seventh Street Victorville, CA 92395 Tel: (760) 952-7400. | Mr. Fallowski responded to the scene of the incident and will testify regarding Plaintiff's injuries upon his arrival to the scene and treatment provided. | .5 | | |
| 16-19 | Paramedic Justyn Combado*, AMR 14828 Seventh Street Victorville, CA 92395 Tel: (760) 952-7400 | Mr. Combado responded to the scene of the incident and will testify regarding Plaintiff's injuries upon his arrival to the scene and treatment provided. | .5 | | |
| 20-25 | Flight Parmedic Kenneth Sexton*, Air Mercy 7070 Summit Valley Road Hesperia, CA 92345 Corp. Office: 5500 S. Quebec St.; Greewood Village, CO, 80111 | Mr. Sexton responded to the scene of the incident and will testify regarding Plaintiff's injuries upon his arrival to the scene and treatment provided. | .5 | | |
| 26-28 | Flight Nurse Denise Bedolla*, Air Mercy 7070 Summit Valley Road Hesperia, CA | Ms. Bedolla responded to the scene of the incident. She will testify as to Plaintiff's injuries upon her arrival and during Plaintiff's transport to the hospital. | .5 | | |

WESIERSKI & ZUREK LLP
LAWYERS
29 ORCHARD ROAD
LAKE FOREST, CALIFORNIA 92630
(949) 975-1000

| | | | | |
|---|---|---|---|---|
| 92345 Corp. Office: 5500 S. Quebec St.; Greewood Village, CO, 80111 | | | | |
| Patricia Ross*, 27522 Silver Lakes Pkwy., Helendale, CA 92342, (760) 998-9216 | Ms. Ross was a Winco customer and witness to the incident. She will testify as to what she observed during the incident. | .5 | | |
| Elanore Cheri Filippi*, 31335 Pawnee St., Lucerne Valley, CA 92356, (760) 912-8828 | Ms. Filippi was a Winco customer and witness to the incident. She will testify as to what she observed during the incident. | .5 | | |
| Ruby Star Espinoza*, 13711 Winewood St., Victorville, CA 92392 , (909) 775-0278 | Ms. Star was a Winco customer and witness to the incident. She will testify as to what she observed during the incident. | .5 | | |
| Andrew Adrian Northup*, 14262 Rosewood Dr., Hesperia, CA 92344 , (760) 995-7828 | Mr. Northup was a Winco customer and witness to the incident. He will testify as to what she observed during the incident. | .5 | | |
| Edelmira Marron*, 12800 Teryn Ct., Victorville, CA 92394 , (760) 217-9581 | Mr. Marron was a Winco customer and witness to the incident. He will testify as to what she observed during the incident. | .5 | | |
| Bronwen Savini*, 27972 Golf Ct., Helendale, CA 92342, (760) 927- | Ms. Savini was a Winco customer and witness to the incident. She will testify as to what she observed during the | .5 | | |

| Name/Address | Description | Time | | |
|---|---|---|---|---|
| 6862 | incident. | | | |
| Irene Meza-Gonzalez*, 13808 Woodbine Dr, Victorville, CA 92395 | Ms. Gonzalez was a Winco customer and witness to the incident. She will testify as to what she observed during the incident. | .5 | | |
| Myra Edwards*, (760) 217-7457 | Ms. Edwards was a Winco customer and witness to the incident. She will testify as to what she observed during the incident. | .5 | | |
| Jennyfer Barrios*, 16688 Hagador Ave., Victorville, CA 92394, (760) 985-7593 | Ms. Barrios was a Winco customer and witness to the incident. She will testify as to what she observed during the incident. | .5 | | |
| Gina Leslie* Gilbert, 13662 Del Cerro St., Victorville, CA 92392, (760) 261-0454 | Ms. Gilbert was a Winco customer and witness to the incident. She will testify as to what she observed during the incident. | .5 | | |
| Frank Calderon*, 8525 Stockton Ave., Hesperia, CA 92344, (909) 731-2661 | Mr. Calderon was the Winco manger at the time the incident occurred and witness to the incident. He contacted police. He will testify as to what she observed during the incident. | .5 | | |
| George Lopez Berumen*, 13739 Sahara Ln., Victorville, CA 92394, (760) 490- | Mr. Berumen was a Winco customer and witness to the incident. He will testify as to what she observed during the incident. | .5 | | |

WESIERSKI & ZUREK LLP
LAWYERS
29 ORCHARD ROAD
LAKE FOREST, CALIFORNIA 92630
(949) 975-1000

| | | | |
|---|---|---|---|
| 9139 | | | |
| Francisco Gonzalez*, 12364 Falena St., Victorville, CA 92392, (661) 547-2781 | Mr. Gonzalez was a Winco customer and witness to the incident. He will testify as to what she observed during the incident. | .5 | |
| David Sanchez*, 7052 SVL Box, Victorville, CA 92395 , (760) 508-9858 | Mr. Sanchez was a Winco customer and witness to the incident. He will testify as to what she observed during the incident. | .5 | |
| Javier Franco*, 15597 Tonekai Rd., Apt.D, Apple Valley CA 92307, (760) 812-8353 | Mr. Franco was a Winco customer and witness to the incident. He will testify as to what she observed during the incident. | .5 | |
| Ashley Nicole Trammel*, 13739 Sahara Ln., Victorville, CA 92394, (760) 617-3853 | Ms. Trammel was a Winco customer and witness to the incident. She will testify as to what she observed during the incident. | .5 | |
| Marylou Sharon Alvarez*, (760) 490-9175 | Ms. Alvarez was a Winco customer and witness to the incident. She will testify as to what she observed during the incident. | .5 | |
| James Grantham*, 15402 Baxter St., Victorville, CA 92394, (714) 643-1797 | Mr. Grantham was a Winco customer and witness to the incident. He will testify as to what she observed during the incident. | .5 | |

WESIERSKI & ZUREK LLP
LAWYERS
29 ORCHARD ROAD
LAKE FOREST, CALIFORNIA 92630
(949) 975-1000

4923-6645-0248.1 SBD-00026           DEFENDANTS' PROPOSED WITNESS LIST

*Indicate with an asterisk (*) any witness(es) that will be called only if the need arises.*

Dated _____      _____
                           SUNSHINE S. SYKES
                           United States District Judge

WESIERSKI & ZUREK LLP
LAWYERS
29 ORCHARD ROAD
LAKE FOREST, CALIFORNIA 92630
(949) 975-1000

8

4923-6645-0248.1 SBD-00026                                    DEFENDANTS' PROPOSED WITNESS LIST