Dale K. Galipo, Esq. (SBN 144074)
dalekgalipo@yahoo.com
Renee V. Masongsong, Esq. (SBN 281819)
rvalentine@galipolaw.com
LAW OFFICES OF DALE K. GALIPO
21800 Burbank Blvd., Suite 310
Woodland Hills, CA 91367
Tel:   (818) 347-3333
Fax:   (818) 347-4118

*Attorneys for Plaintiff*

Christopher P. Wesierski [Bar No. 086736]
  *cwesierski@wzllp.com*
Michelle R. Prescott [Bar No. 262638]
  *mprescott@wzllp.com*
WESIERSKI & ZUREK LLP
29 Orchard Road
Lake Forest, California 92630
Telephone: (949) 975-1000
Facsimile: (949) 756-0517

Attorneys for Defendants, COUNTY OF SAN BERNARDINO, CORRIN CASSIDY, and CAMERON STANLEY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TODDERICK RANDALL, individually,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF SAN BERNARDINO; CORRIN CASSIDY; CAMERON STANLEY and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 5:24-cv-00086-SSS (SPx)<br>Judge:   Hon. Sunshine Sykes<br><br>**JOINT EXHIBIT LIST**<br><br>**Final Pre-trial Conference**<br>Date: June 27, 2025<br>Time: 1:00 pm<br>Courtroom: 2<br><br>**Trial**<br>Date: July 14, 2025<br>Time: 9:00 am<br>Courtroom: 2 |

| Ex. # | Description | Date Identified | Date Admitted | Objections to Authenticity and/or Admissibility & Reason for the Objection |
|---|---|---|---|---|
| | **Plaintiff's Exhibits** | | | |
| 1. | Video of Incident—RANDALL SBD-000614 – Initial Contact.AVI with still shots from the video | | | Lacks Foundation. Authenticity, FRE 602, 902 |
| 2. | Video of Incident—RANDALL SBD-000615 – LFE Encounter.AVI with still shots from the video | | | Lacks Foundation. Authenticity, FRE 602, 902 |
| 3. | Scene Photographs | | | Lacks Foundation. Authenticity, FRE 602, 902 |
| 4. | Photographs of Cameron Stanley (Officer Processing Photographs) | | | Lacks Foundation. Authenticity, FRE 602, 902 |
| 5. | Photographs of Corrin Cassidy (Officer Processing Photographs) | | | Lacks Foundation. Authenticity, FRE 602, 902 |
| 7. | Photographs of Cameron Stanley's Firearm | | | Lacks Foundation. Authenticity, FRE 602, 902 |
| 8. | Photographs of Corrin Cassidy's Taser | | | Lacks Foundation. Authenticity, FRE 602, 902 |

| | | | | | |
|---|---|---|---|---|---|
| 1<br>2<br>3 | 9. | Taser Download (RANDALL/SBD-0001322) | | | Lacks Foundation. Authenticity, FRE 602, 902 |
| 4<br>5<br>6<br>7 | 10. | Interview of Cameron Stanley with transcript (for identification and impeachment) | | | Hearsay. FRE 801, 802 |
| 8<br>9<br>10<br>11 | 11. | Interview of Corrin Cassidy with transcript (for identification and impeachment) | | | Hearsay. FRE 801, 802 |
| 12<br>13<br>14<br>15<br>16<br>17<br>18<br>19<br>20<br>21<br>22<br>23<br>24<br>25<br>26<br>27<br>28 | 12. | Relevant Medical Records<br>• Records from Arrowhead Regional Medical Center, including bill records<br>• Records from Victor Valley Medical Center, including billing records<br>• Medical Records from West Valley Detention Center<br>• Records from Mercy Air Service | | | Relevance. Lacks Foundation. Hearsay. Improper Expert Opinion. Prejudicial. Undue Consumption of time. Confusing/ Misleading. FRE 401, 402, 403, 602, 702, 703, 801, 802 |

4928-8136-0713.1 SBD-00026                          -3-
JOINT EXHIBIT LIST

| | | | | |
|---|---|---|---|---|
| | • Records from Victorville Fire Department | | | |
| **Defendants' Exhibits / Additional Exhibits** | | | | |
| 300. | Incident Report H#2022-103; DR# 172209645 | | | F.R.E. 403, 404, 801, 802 |
| 301. | Photographs – Officer Processing Photos | | | |
| 302. | Photographs – Ogaz and Scene Photos | | | F.R.E. 403 as to certain photographs |
| 303. | Video – Initial Contact | | | |
| 304. | Video – Lethal Force Encounter | | | |
| 305. | Dispatch Audio – 911 Call | | | F.R.E. 403, 801, 802 as to portions unknown to the Defendant Officers |
| 306. | Dispatch Audio – Dispatch to Officer | | | |
| 307. | Belt Recording – Cassidy | | | F.R.E. 403, 801, 802 |
| 308. | Belt Recording – Stanley | | | F.R.E. 403, 801, 802 |
| 309. | Audio – A. Ramos | | | F.R.E. 403, 801, 802 as to portions unknown to the Defendant Officers |
| 310. | Audio – Syphax | | | F.R.E. 403, 801, 802 as to portions unknown to the Defendant Officers |
| 311. | Audio – Amarez | | | F.R.E. 403, 801, 802 as to portions unknown to the Defendant Officers |
| 312. | Officer Interview – Cameron Stanley (1) | | | F.R.E. 403, 801, 802 when offered by Defendants |
| 313. | Officer Interview – | | | F.R.E. 403, 801, 802 when offered by |

| | | | | | |
|---|---|---|---|---|---|
| | | Cameron Stanley (2) | | | Defendants |
| | 314. | Officer Interview – Corrin Cassidy (1) | | | F.R.E. 403, 801, 802 when offered by Defendants |
| | 315. | Officer Interview – Corrin Cassidy (2) | | | F.R.E. 403, 801, 802 when offered by Defendants |
| | 316. | Medical Personnel and Emergency Responder Interview – Air Medic Sexton Interview | | | F.R.E. 801, 802 |
| | 317. | Medical Personnel and Emergency Responder Interview – Air Medic Sexton | | | F.R.E. 801, 802 |
| | 318. | Medical Personnel and Emergency Responder Interview – AMR Falkowski Interview | | | F.R.E. 801, 802 |
| | 319. | Medical Personnel and Emergency Responder Interview – Aren Andreasian | | | F.R.E. 801, 802 |
| | 320. | Medical Personnel and Emergency Responder Interview – Denise Bodella Interview | | | F.R.E. 801, 802 |
| | 321. | Medical Personnel and Emergency Responder Interview – Doctor Benjamin Archambeau | | | F.R.E. 801, 802 |

| | | | | | |
|---|---|---|---|---|---|
| 322. | Medical Personnel and Emergency Responder Interview – FF David Mears Interview | | | | F.R.E. 801, 802 |
| 323. | Medical Personnel and Emergency Responder Interview – FF David Mears | | | | F.R.E. 801, 802 |
| 324. | Medical Personnel and Emergency Responder Interview – Fire Chief Groat Interview | | | | F.R.E. 801, 802 |
| 325. | Medical Personnel and Emergency Responder Interview – Fire Chief Groat | | | | F.R.E. 801, 802 |
| 326. | Medical Personnel and Emergency Responder Interview – Grant Derose Interview | | | | F.R.E. 801, 802 |
| 327. | Medical Personnel and Emergency Responder Interview – James Lammon Interview | | | | F.R.E. 801, 802 |
| 328. | Medical Personnel and Emergency Responder Interview – Joshua Mendoza Interview | | | | F.R.E. 801, 802 |
| 329. | Medical Personnel and | | | | F.R.E. 801, 802 |

| | | | | | |
|---|---|---|---|---|---|
| 1 2 3 | | Emergency Responder Interview – Justyn Combado Interview | | | |
| 4 5 6 7 | 330. | Medical Personnel and Emergency Responder Interview – Rapisardi Medical Aid | | | F.R.E. 801, 802 |
| 8 9 10 11 | 331. | Medical Personnel and Emergency Responder Interview – RN Tiffany Trinidad | | | F.R.E. 801, 802 |
| 12 | 332. | Winco Employee – Cardenas (1) | | | F.R.E. 403, 801, 802 |
| 13 14 | 333. | Winco Employee – Cardenas (2) | | | F.R.E. 403, 801, 802 |
| 15 16 | 334. | Winco Employee – David Sanchez | | | F.R.E. 403, 801, 802 |
| 17 18 19 | 335. | Winco Employee – Francisco Gonzalez Interview | | | F.R.E. 403, 801, 802 |
| 20 21 | 336. | Winco Employee – Frank Calderon Interview | | | F.R.E. 403, 801, 802 |
| 22 23 24 | 337. | Winco Employee – Fratt Uninvolved Employee Interviews | | | F.R.E. 403, 801, 802 |
| 25 26 | 338. | Winco Employee – Juan Verdin Interview | | | F.R.E. 403, 801, 802 |
| 27 28 | 339. | Winco Employee – Maley Interview | | | F.R.E. 403, 801, 802 |

| | | | | | |
|---|---|---|---|---|---|
| 1 2 | 340. | Winco Employee – Marron Interview | | | F.R.E. 403, 801, 802 |
| 3 4 | 341. | Winco Employee – Ellie Fillippi Interview | | | F.R.E. 403, 801, 802 |
| 5 6 | 342. | Other Witnesses – D. Ramos 1 | | | F.R.E. 403, 801, 802 |
| 7 8 | 343. | Other Witnesses – D. Ramos 2 | | | F.R.E. 403, 801, 802 |
| 9 10 | 344. | Other Witnesses – D. Ramos 3 | | | F.R.E. 403, 801, 802 |
| 11 12 | 345. | Other Witnesses – D. Ramos 4 | | | F.R.E. 403, 801, 802 |
| 13 14 | 346. | Other Witnesses – Irene Meza Gonzalez | | | F.R.E. 403, 801, 802 |
| 15 16 | 347. | Other Witnesses – Morales Uninvolved Witness | | | F.R.E. 403, 801, 802 |
| 17 18 19 | 348. | Other Witnesses – Morales Witness Contact 1 | | | F.R.E. 403, 801, 802 |
| 20 21 22 | 349. | Other Witnesses – Morales Witness Contact 2 | | | F.R.E. 403, 801, 802 |
| 23 24 25 | 350. | Other Witnesses – Rapisardi Witness Interview | | | F.R.E. 403, 801, 802 |
| 26 | 351. | Randall Suspect Interview | | | F.R.E. 801, 802 (other than for impeachment |
| 27 28 | 352. | Todderick Interview (Second Chair) | | | F.R.E. 801, 802 (other than for impeachment |

| | | | | | |
|---|---|---|---|---|---|
| 1 | 353. | Bruce Taylor | | | F.R.E. 403, 801, 802 |
| 2 3 4 | 354. | Cameron Stanley Deposition Transcript – Exhibit 1 | | | |
| 5 6 7 | 355. | Cameron Stanley Deposition Transcript – Exhibit 2 | | | |
| 8 9 10 | 356. | Cameron Stanley Deposition Transcript – Exhibit 3 | | | |
| 11 12 | 357. | Cameron Stanley Deposition Transcript – Exhibit 4 | | | |
| 13 14 15 | 358. | Cameron Stanley Deposition Transcript – Exhibit 5 | | | |
| 16 17 18 | 359. | Cameron Stanley Deposition Transcript – Exhibit 6 | | | |
| 19 20 21 | 360. | Cameron Stanley Deposition Transcript – Exhibit 7 | | | |
| 22 23 24 | 361. | Cameron Stanley Deposition Transcript – Exhibit 8 | | | |
| 25 26 27 | 362. | Cameron Stanley Deposition Transcript – Exhibit 9 | | | |
| 28 | 363. | Cameron Stanley | | | |

| | | | | |
|---|---|---|---|---|
| | Deposition Transcript – Exhibit 10 | | | |
| 364. | Cameron Stanley Deposition Transcript – Exhibit 11 | | | |
| 365. | Corrin Cassidy Deposition Transcript – Exhibit 1 | | | |
| 366. | Corrin Cassidy Deposition Transcript – Exhibit 2 | | | |
| 367. | Corrin Cassidy Deposition Transcript – Exhibit 3 | | | |
| 368. | Corrin Cassidy Deposition Transcript – Exhibit 4 | | | |
| 369. | Corrin Cassidy Deposition Transcript – Exhibit 5 | | | |
| 370. | Corrin Cassidy Deposition Transcript – Exhibit 6 | | | |
| 370. | Corrin Cassidy Deposition Transcript – Exhibit 7 | | | |
| 372. | Corrin Cassidy Deposition Transcript – Exhibit 8 | | | |

4928-8136-0713.1 SBD-00026

-10-

JOINT EXHIBIT LIST

| # | | | | | |
|---|---|---|---|---|---|
| 1-3 | 373. | Corrin Cassidy Deposition Transcript – Exhibit 9 | | | |
| 4-6 | 374. | Corrin Cassidy Deposition Transcript – Exhibit 11 | | | |
| 7-9 | 375. | Roger Clark Deposition Transcript – Exhibit 1, Notice of Deposition | | | F.R.E. 401, 402 |
| 10-12 | 376. | Roger Clark Deposition Transcript – Exhibit 2, Expert Designation | | | F.R.E. 801, 802 |
| 13-14 | 377. | Roger Clark Deposition Transcript – Exhibit 3, CV | | | F.R.E. 801, 802 |
| 15-17 | 378. | Roger Clark Deposition Transcript – Exhibit 4, Rule 26 List | | | F.R.E. 801, 802 |
| 18 | 379. | Ed Flosi Expert Report | | | F.R.E. 403, 801, 802 |
| 19-21 | 380. | Plaintiff's Responses to Interrogatories Nos. 12, 13 | | | F.R.E. 403, 801, 802 |
| 22-23 | 381. | Plaintiff's Responses to Requests for Admission | | | F.R.E. 403, 801, 802 |
| 24-25 | | [RESERVED] – 382 - 500 | | | |

Dated: _____

_____

SUNSHINE S. SYKES

| | |
|---|---|
| 1 | United States District Judge |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |