Christopher P. Wesierski [Bar No. 086736]
  *cwesierski@wzllp.com*
Kristen R. Rodriguez [Bar No. 289668]
  *krodriguez@wzllp.com*
WESIERSKI & ZUREK LLP
29 Orchard Road
Lake Forest, California 92630
Telephone: (949) 975-1000
Facsimile: (949) 756-0517

Attorneys for Defendants, COUNTY OF SAN BERNARDINO, CORRIN CASSIDY, and CAMERON STANLEY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| TODDERICK RANDALL, individually,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF SAN BERNARDINO; CORRIN CASSIDY; CAMERON STANLEY and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 5:24-cv-00086-SSS-SP<br><br>*Assigned to*:<br>Hon. Sunshine S. Sykes<br><br>**DEFENDANTS' NOTICE OF WITHDRAWAL OF MOTION IN LIMINE NO. 1 TO PRECLUDE PLAINTIFF FROM TESTIFYING AT TRIAL**<br><br>Trial Date:   July 14, 2025 |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Defendants COUNTY OF SAN BERNARDINO, CORRIN CASSIDY, and CAMERON STANLEY, by and through counsel, hereby withdraws Motion in Limine No. 1 to Preclude Plaintiff from Testifying at Trial, which was previously filed on May 16, 2025 (Dkt. 41).

/ / /

/ / /

/ / /

1    This withdrawal is made without prejudice and does not waive any rights to
2 raise the issues addressed in Motion in Limine No. 1 at a later time, as permitted by
3 the Court.

DATED: June 2, 2025                WESIERSKI & ZUREK LLP

By: *(signature: Christopher P. Wesierski)*
CHRISTOPHER P. WESIERSKI
KRISTEN R. RODRIGUEZ
Attorneys for Defendants, COUNTY OF SAN BERNARDINO, CORRIN CASSIDY, and CAMERON STANLEY