1   Dale K. Galipo, Esq. (Bar No. 144074)
    dalekgalipo@yahoo.com
2   Renee V. Masongsong, Esq. (Bar No. 281819)
    rvalentine@galipolaw.com
3   LAW OFFICES OF DALE K. GALIPO
    21800 Burbank Blvd., Suite 310
4   Woodland Hills, CA 91367
    Tel: (818) 347-3333 / Fax: (818) 347-4118
5
    Sharon J. Brunner, Esq. (Bar No. 229931)
6   sharonjbrunner@yahoo.com
    LAW OFFICE OF SHARON J. BRUNNER
7   14393 Park Ave., Suite 100
    Victorville, CA 92392
8   Tel: (760) 243-9997 / Fax: (760) 843-8155
9   James S. Terrell, Esq. (Bar No. 170409)
    LAW OFFICE OF JAMES TERRELL
10  jim@talktoterrell.com
    15411 Anacapa Rd.
11  Victorville, CA 92392
    Tel: (760) 951-5850 / Fax: (760) 952-1085
12
    Attorneys for Plaintiff, Todderick Randall
13

14              **UNITED STATES DISTRICT COURT**

15              **CENTRAL DISTRICT OF CALIFORNIA**

16
    TODDERICK RANDALL,              | Case No. 5:24-cv-00086-SSS (SPx)
17  individually,
                                    | *Assigned to*:
18              Plaintiff,          | Hon. District Judge Sunshine S. Sykes
                                    | Hon. Magistrate Judge Sheri Pym
19        vs.
                                    | **NOTICE OF SETTLEMENT AND**
20  COUNTY OF SAN BERNARDINO;       | **REQUEST TO VACATE ALL**
    CORRIN CASSIDY; CAMERON         | **DATES PENDING SETTLEMENT**
21  STANLEY and DOES 1-10, inclusive, | **CONSUMMATION**

22              Defendants.

23

24

25

26

27

28

[Title]

## TO THE HONORABLE COURT:

It is hereby stipulated by and between Plaintiff TODDERICK RANDALL and Defendants COUNTY OF SAN BERNARDINO, CAMERON STANLEY, and CORRIN CASSIDY, by and through their respective attorneys of record, as follows:

1. The Parties participated in a mediation with mediator Richard Copeland on May 19, 2025.

2. Subsequent to the mediation, on June 10, 2025, both sides accepted a mediator's proposal.

3. The settlement has been approved by the relevant San Bernardino County Boards.

4. The Parties are in the process of preparing the Settlement Agreement and Release. Settlement funds are expected to be distributed within 90 days from the full execution of the Settlement Agreement and Release.

5. Accordingly, the Parties respectfully request that this Court vacate all pending dates and stay all proceedings pending the consummation of the settlement.

6. The Parties request that this Court retain jurisdiction over this matter for the purposes of overseeing the consummation of the settlement.

7. The Parties anticipate filing a stipulation for dismissal within seven days of Plaintiff's counsel's receipt of the settlement funds.


DATED:  June 11, 2025,           LAW OFFICES OF DALE K. GALIPO


                              By:   s/ Renee V. Masongsong
                                    Dale K. Galipo
                                    Renee V. Masongsong
                                    *Attorneys for Plaintiff*

1

1

2

DATED:  June 11, 2025,                    WESIERSKI & ZUREK LLP

3

4                                                          By:<u>s/ *Kristen R. Rodriguez*</u>

5                                                                 Kristen R. Rodriguez, Esq.

6                                                                 *Attorneys for Defendants*

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2