# UNITED STATES DISTRICT COURT FOR THE
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TODDERICK RANDALL, individually,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF SAN BERNARDINO; CORRIN CASSIDY; CAMERON STANLEY and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 5:24-cv-00086-SSS-SP<br><br>Honorable Sunshine S. Sykes<br>Hon. Mag. Judge David T. Bristow<br><br>**[PROPOSED] ORDER VACATING ALL DATES PENDING SETTLEMENT CONSUMMATION** |

## [PROPOSED] ORDER

Having reviewed the Parties Notice of Settlement and Request to Vacate All Dates Pending Settlement Consummation, it is hereby ordered as follows: All dates in this case, including the June 13, 2025 deadline to file the second round of pretrial documents, the June 20, 2025 hearing on motions in limine, the June 27, 2025 pretrial conference, and the July 14, 2025 trial date, are hereby vacated. The Parties shall file a status report within 90 days. Within seven days of Plaintiff's counsel's receipt of the settlement funds, the Parties shall file a stipulation for dismissal of this action.

**IT IS SO ORDERED**.

DATED: _____, 2025

_____
HONORABLE SUNSHINE S. SYKES
UNITED STATES DISTRICT JUDGE